IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, SECRETARY )<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendant )<br>) | Civil Action No. 05-1423 (HHK) |

### PRAECIPE

The Clerk of the Court is respectfully requested to enter the appearance of Assistant United States Attorney Wyneva Johnson as counsel for defendant in the above-captioned case.

Respectfully submitted,

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224