IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------
CHERYL DAVIS

      Plaintiff,

      v.                          Civil Action No. 05-1423 (HHK)

MICHAEL CHERTOFF, SECRETARY
DEPT. OF HOMELAND SECURITY

      Defendant                December 20, 2005
-------------------------------------------

## NOTICE OF APPEARANCE

      I hereby enter the following appearance on behalf of Plaintiff Cheryl Davis in the above referenced matter:

Jonathan L. Gould (D.C. Bar No. 491052)
Kestell & Associates
1012 14th Street,
NW, Suite 630,
Washington, DC 20005
Tel: (202) 347-3889
Fax: (202) 347-4482
Email jgould@igc.org

                              Respectfully submitted,

                              /s/_____

                              Jonathan L. Gould (D.C. Bar No. 491052)
                              1012 14th Street,
                              NW, Suite 630,
                              Washington, DC 20005
                              Tel: (202) 347-3889
                              Fax: (202) 347-4482
                              Email jgould@igc.org