**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

------------------------------------------

CHERYL DAVIS

      Plaintiff,

      v.                              Civil Action No. 05-1423 (HHK)

MICHAEL CHERTOFF, SECRETARY
DEPT. OF HOMELAND SECURITY

      Defendant                      December 20, 2005

------------------------------------------

NOTICE OF CHANGE OF ADDRESS

      Please change the address for undersigned to:

Jonathan L. Gould (D.C. Bar No. 491052)
Kestell & Associates
1012 14th Street,
NW, Suite 630,
Washington, DC 20005
Tel: (202) 347-3889
Fax: (202) 347-4482
Email jgould@igc.org

                                        Respectfully submitted,

                                        /s/_____

                                        Jonathan L. Gould
                                         (D.C. Bar No. 491052 )
                                        Kestell & Associates
                                        1012 14th Street,
                                        NW, Suite 630,
                                        Washington, DC 20005
                                        Tel: (202) 347-3889
                                        Fax: (202) 347-4482
                                        Email jgould@igc.org