# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
                                                          (Attorney's Name)

case for:_____
                              (Name of party or parties)

_____         _____
Date                                                                      Signature

                                                                          _____
_____          Print Name
BAR IDENTIFICATION
                                                                          _____
                                                                          Address

                                                                          _____
                                                                          City             State          Zip Code

                                                                          _____
                                                                          Phone Number