UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHERYL DAVIS,**<br><br>               **Plaintiff,**<br><br>      v.<br><br>**MICHAEL CHERTOFF,**<br><br>               **Defendant.** | Civil Action 05-01423 (HHK) |

**ORDER OF REFERRAL**
**TO UNITED STATES MAGISTRATE JUDGE**

    It is this 26th day of January, 2006, hereby

    **ORDERED** that the above-captioned action is referred to Magistrate Judge John M. Facciola for mediation to commence on or about May 1, 2006 and to conclude by July 1, 2006.


                                                   Henry H. Kennedy, Jr.
                                                   United States District Judge