IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHERYL DAVIS,** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**MICHAEL CHERTOFF, SECRETARY** )<br>**UNITED STATES DEPARTMENT OF** )<br>**HOMELAND SECURITY,** )<br>)<br>Defendant )<br>)<br>) | Civil Action No. 05-1423 (HHK) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

    The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a forty-five day extension of time to complete discovery up to and including May 15, 2006.

    Counsel for the defendant is unexpectedly out of the office from March 16-31, 2006 due to the illness of her father. This absence has significantly affected her ability to meet existing deadlines.

    This request for a short enlargement is made in good faith and is in no way designed to delay the proceedings. Counsel for the plaintiff graciously consents to this request.

    Wherefore, it is respectfully requested that discovery be extended up to and including May 15, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
WYNEVA JOHNSON, DC Bar# 278515
Assistant United States Attorney