IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 05-1423 (HHK) |
| MICHAEL CHERTOFF, SECRETARY ) UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, ) | |
| Defendant ) | |

**CONSENT MOTION FOR A FURTHER ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an extension of time to complete discovery up to and including May 31, 2006.

Counsel for defendant has been unexpectedly out of the office due to the death of her father. This absence has significantly affected her ability to meet existing deadlines in this case as well as others.

This request for a short enlargement is made in good faith and is in no way designed to delay the proceedings.

Wherefore, it is respectfully requested that discovery be extended up to and including May 31, 2006.

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
WYNEVA JOHNSON, DC Bar# 278515
Assistant United States Attorney