IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHERYL DAVIS,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1423 (HHK) |
| ) | |
| **MICHAEL CHERTOFF, SECRETARY** ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **HOMELAND SECURITY,** ) | |
| ) | |
| Defendant ) | |

## ORDER

UPON CONSIDERATION OF defendant's Consent Motion for a Further Enlargement of Time, and for good cause shown, it is hereby

ORDERED that defendant's motion is GRANTED.  It is

FURTHER ORDERED that discovery be extended up to and including May 31, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

James L. Kestell, Esq.
KESTELL & ASSOCIATES
1012 14th Street, NW, Suite 630
Washington, DC 20005