# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1423 (HHK) |
| ) | |
| MICHAEL CHERTOFF, SECRETARY, ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | May 31, 2006 |

## PLAINTIFF'S UNOPPOSED MOTION REQUESTING AN EXTENSION OF TIME TO COMPLETE DISCOVERY

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the plaintiff in the above matter, by her counsel, hereby requests an extension of time to complete discovery of 30 days from May 31, 2006, the date presently set for close of discovery, until June 30, 2006. The plaintiff requests the extension to conduct depositions. Defendant has agreed not to oppose Plaintiff's Motion to Extend Time to Complete Discovery.

In this case the Plaintiff has claimed that Defendant discriminated against her based on her sex when it suspended her for fourteen days for failing to secure her weapon while it did not discipline her male co-workers for the same infraction. (Complaint, ¶19). Plaintiff also claimed that Defendant retaliated against her for filing a discrimination claim when it reassigned her to administrative duties. (Complaint, ¶ 20).

The plaintiff has good cause for this extension. Plaintiff received Defendant's Response to Plaintiff's First Set of Discovery Requests dated December 15, 2005, between

May 3, 2006 and May 22, 2006.[1] After reviewing the discovery production, the plaintiff realized that Ronald Blocker, Supervisory Criminal Investigator, decided to discipline Ms. Davis after she received a promotion, approximately thirteen months after she lost her weapon. Director Andre Jordan and Deputy Director Dean Hunter supported that decision. Plaintiff would like to depose Mr. Blocker, Mr. Jordan and Mr. Hunter regarding this decision.

The discovery production also revealed that Mr. Blocker, was involved in reassigning plaintiff to administrative duties after Deborah Norton, the computer coordinator, stated that plaintiff did not violate any policies when she accessed personnel information on her computer. Plaintiff would like to depose Ms. Norton about the investigation she conducted after Ms. Davis was accused of accessing confidential information.

For the foregoing reasons, the plaintiff requests that the Court grant this motion for extension of time.

>Respectfully submitted,
>FOR PLAINTIFF,
>
> /s/ _____
>James L. Kestell D.C. Bar# 955310
>Jonathan L. Gould D.C Bar # 491052
>Kestell & Associates
>1012 14th Street, NW, Suite 630
>Washington, DC 20004
>202 347-3889  202 347-4482
>email jgould@igc.org

---

[1] Plaintiff received a part of Defendant's Response to Plaintiff's First Set of Requests for Production dated December 15, 2005 on May 3, 2006. Plaintiff received Defendant's Respond to Plaintiff's First Set of Interrogatories also dated December 15, 2006, on May 19, 2006 and a supplement to Defendant's Response to Plaintiff's First Set of Requests for Production on May 22, 2006.

Case 1:05-cv-01423-HHK    Document 15    Filed 05/31/2006    Page 3 of 3