**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHERYL DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1423 (HHK) |
| | ) |
| MICHAEL CHERTOFF, SECRETARY, | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| Defendant. | ) May 31, 2006 |

**THE PLAINTIFF'S MOTION TO COMPEL ANSWERS TO HER FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

The plaintiff in the above-matter, Cheryl E. Davis, hereby files her motion for an order compelling the defendant to answer certain portions of her first set of interrogatories and requests for production.

A memorandum of law in support of the motion is attached hereto.

Respectfully submitted,

FOR PLAINTIFF,

__/s/_____
James L. Kestell D.C. Bar # 955310
Jonathan L. Gould D.C. Bar #491052
Kestell & Associates
1012 14th Street, NW, Suite 630
Washington, DC 20005
202 347-3889
202 347-4482
email jgould@igc.org