UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHERYL DAVIS

    Plaintiff,

v.                                  Civil Action No. 05-1423 (HHK)

MICHAEL CHERTOFF, SECRETARY
DEPT. OF HOMELAND SECURITY

    Defendant.

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, the plaintiffs hereby request the defendants to respond to the following interrogatories and requests to produce by serving written responses on counsel for the plaintiff, within 30 days of receipt of these requests, at the following address:

    James L. Kestell, Esq.
    DC Bar # #955310
    KESTELL & ASSOCIATES
    1012 14th Street, NW, Suite 630
    Washington, DC 20005

                    I.    INTERROGATORIES

1. Please identify all persons who responded to these interrogatories and requests for production and identify which interrogatory and production request was answered by which person.

2. Identify the names and addresses of any and all persons who may be able to testify with respect to the allegations concerning Claims I and II of the Complaint. For each person identified, please provide the substance of each person's testimony with respect to the allegations contained in the Complaint.

3. Identify all the persons, including their job titles, who reported that their weapons were stolen or missing for the past 5 years.

4. Identify by names, dates and substance of the incidents where employees lost their Weapons for the past 5 years.

5. Identify all the persons, including their job titles, who were disciplined over 5 months after the infraction occurred for the past 5 years.

6. Identify all persons who accessed private and confidential information on their computers for the past 5 years.

## II. REQUESTS FOR PRODUCTION

1. Produce all documents, position papers, witness statements that Defendant submitted to the EEOC in defense of Plaintiff's complaint, or any documents which Defendant obtained from the EEOC relating to Plaintiff's complaint.

2. Produce all documents comprising the plaintiff's personnel file with the Defendants, including all references to performance or discipline.

3. Produce the entire investigative file that Defendant developed relating to the incident of April 11, 2001 which led to Plaintiff getting suspended, including any analysis of who was at fault for the incident.

4. Produce copies of any other incident reports and disciplinary actions where other employees reported that their weapon was stolen or missing for the 5 years preceding Plaintiff's gun being stolen from her vehicle on April 11, 2001.

5. Produce all documents, including guidelines, policies and regulations used to propose Plaintiff's suspension in July 2002.

6. Produce all documents, including guidelines, policies and regulations used to suspend Plaintiff in July 25, 2002.

7. Produce the entire investigative file that Defendant developed relating to the incident of January 21, 2003 which led to Plaintiff getting reassigned to administrative duties, including any witness statements taken, any analysis of who was at fault for the incident.

8. Produce guidelines, polices and regulations that mandate disciplinary action against employees for accessing private and confidential information.

9. Produce guidelines, policies and regulations relating to the security measures the Agency is required to take to make personal information inaccessible to all employees.

10. Produce copies of investigative files for any other employee who was accused of improperly accessing private and confidential information for the past 5 years.

11. Produce any and all disciplinary notices issued to other employees who accessed similarly private and confidential information around January 21, 2003.

12. Produce copies of any other incident reports and disciplinary actions taken against employees for the 5 years prior to January 2003.

Respectfully submitted,
THE PLAINTIFF,

By: *James L. Kestell*
James L. Kestell
DC Bar # 955310
KESTELL & ASSOCIATES
1012 14th Street, NW, Suite 630
Washington, DC 20005
(202) 347-0990
(202) 347-4482
Email: jlkestell@cox.net

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I did cause to be sent by first-class mail this 15th day of December, 2005 a true copy of the foregoing by first class mail to the following counsel of record:

Wyneva Johnson
Assistant United States Attorney
501 Third Street, NW,
Washington, DC 20530

*James L. Kestell*
James L. Kestell