UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL CHERTOFF, SECRETARY </br> U.S. DEPARTMENT OF HOMELAND SECURITY, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 05-1423 (HHK) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION NOS. 4 AND 12

**REQUEST NO. 4:**

Produce copies of any other incident reports and disciplinary actions where other employees reported that their weapons were stolen and missing for the 5 years preceding plaintiff's gun being stolen from her vehicles on April 11, 2001.

**RESPONSE:**

Defendant objects to this request as overly broad. Without waiving this objection, the disciplinary files are normally only maintained for a period of 4 years. However, all available files are produced as Response No. 4.

Defendant withdraws the above response and supplements the following response to Request No. 4.

**RESPONSE:**

Defendant objects to the request as burdensome and irrelevant to the issues in this

litigation. Disciplinary files are only maintained for a period of 4 years. In addition, incident reports are not filed by the name of the employee, but, rather, by date and thus a search for all incidents regarding weapons is burdensome. The request is also irrelevant with respect to any time period prior to 1998 when Andre Jordan became the Director of the Federal Protective Service (FPS), National Capital Region. Subject to and without waiving the objections, according to the search conducted of the defendant's records, no other employee has reported a weapon stolen between 1998 and 2001.

## REQUEST NO. 12:

Produce copies of any other incident reports and disciplinary actions taken against employees for the 5 years prior to January 2003.

## RESPONSE:

The following disciplinary files were inadvertently not produced with defendant's earlier production response to Request No. 12: Gary Long, Jerry McGill, Donnie McCotter, Vashti Purnell-Cropper, James Ryan, Bennie Sherrod, George Short, Girard Summer, Anthony Surbeck, James, Don Wills, Andrew Readen, James Bright, and Thomas Armstrong.

Respectfully submitted,

*Kenneth L. Wainstein*
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

*Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

*Wyneva Johnson*
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7224

OF COUNSEL:
KATHARINE JOHNSON
Associate Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May 2006, I caused a copy of the foregoing Defendant's Supplemental Response to Plaintiff's Request for Production to be delivered by facsimile and email to:

James L. Kestell
Jonathan Gould
Kestell & Associates
1012 14th Street, N.W., Suite 630
Washington, D.C. 20005

_/s/ Wyneva Johnson_
WYNEVA JOHNSON
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7224





U.S. Department of Justice
United States Attorney
District of Columbia

Judiciary Center
555 Fourth St. N.W.
Washington, D.C. 20530

# USAO-DC
# FAX
## Cover

| | | | |
|---|---|---|---|
| To: | Bianca Karim, Esq.<br>Associate<br>Kestell & Associates<br>Tel: 202-347-0990 | From: | Wyneva Johnson<br>Assistant United States Attorney |
| Fax: | Fax: 202-347-4482 | Phone: | (202) 514-7224 |
| Date: | May 22, 2006 | | |
| Re: | Davis v. Chertoff | | |
| Page(s): | 14 including cover | | |

COMMENTS:

## U.S. ATTORNEY FACSIMILE COMMUNICATION

*WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.*