UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1423 (HHK) |
| MICHAEL CHERTOFF, SECRETARY ) U.S. DEPARTMENT OF HOMELAND SECURITY, ) | |
| Defendant. ) | |

## DEFENDANT'S ANSWERS TO PLAINTIFF'S INTERROGATORIES

Defendant hereby answers plaintiff's Interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 1:**

Please identify all persons who responded to these interrogatories and requests for production and identify which interrogatory and production request was answered by which person.

**ANSWER:**

Katharine Johnson, Interrogatories 2-6; Francine Anderson, Document Requests 3, 4, 7, 10-12; Document Request No. 2, Customs and Border Protection Office of Human Resources.

**INTERROGATORY NO. 2:**

Identify the names and addresses of any and all persons who may be able to testify with respect to the allegations concerning claims I and II of the Complaint. For each person identified, please provide the substance of each person's testimony with respect to the allegations contained

in the Complaint.

ANSWER:

1. Dean Hunter, Deputy Director, National Capital Region, Federal Protective Service, Department of Homeland Security, Southeast Federal Center, Washington, D.C. Mr. Hunter was the proposing official for the 14-day suspension.

2. Andre Jordan, retired, former Director, National Capital Region, Federal Protective Service, 6708 McKeldin Drive, Suitland, Maryland 20746. Mr. Jordan was the deciding official for the 14-day suspension.

3. Ronald Blocker, retired, former Special Agent in Charge, 12231 Kingsell St., Mitchellville, MD 20721. Mr. Blocker referred the Plaintiff's January 2003 misconduct to the Office of Inspector General for investigation, removed her from the office and computer access, and issued Plaintiff a letter of warning.

4. Malcolm Weeks, Special Agent, Federal Protective Service, Department of Homeland Security, Southeast Federal Center, Washington, D.C. Mr. Weeks witnessed the Plaintiff's accessing private information on the computer.

5. Allison Poore, former Special Agent, Federal Protective Service; 9843 Whiskey Run Road, Laurel, MD 20723. Ms. Poore witnessed the Plaintiff's accessing private information on the computer.

6. Francine Anderson, Human Resources Specialist, Federal Protective Service, Department of Homeland Security, Southeast Federal Center, Washington, D.C. Ms. Anderson can testify about disciplinary procedures and treatment of others who have committed the same or similar offenses to the Plaintiff.

7. Ira Johnson, Special Agent, Federal Protective Service, Department of Homeland Security, Southeast Federal Center, Washington, D.C. Mr. Johnson will testify about Ronald Blocker's instructions to him about using his car to assist the Plaintiff in conducting personal errands.

8. Mary Burnette, retired; 110 Fox Way, Forestville, MD 20745. Ms. Burnette will testify about the Plaintiff's accessing personnel information on the computer and Ronald Blocker's conversation with Ira Johnson.

**INTERROGATORY NO. 3:**

Identify all persons, including their job titles, who reported that their weapons were stolen or missing for the past 5 years.

**ANSWER:**

Objection, overbroad and irrelevant with respect to any persons who did not work at the Federal Protective Service, National Capital Region. Subject to and without waiving the objection, the following persons reported that their weapons were stolen or missing in the past 5 years: Andrew Readen, Supervisory Police Officer, Lieutenant, GS-083-11, Federal Protective Service, National Capital Region and Reginald Thomas, GS-083-11 Police Officer. Further information responsive to Interrogatory No. 3 is contained in the EEO Report of Investigation which has been previously provided to plaintiff.

**INTERROGATORY NO. 4:**

Identify by names, dates and substance of the incidents where employees lost their weapons for the last 5 years.

ANSWER:

Objection, overbroad and irrelevant with respect to any persons who did not work at the Federal Protective Service, National Capital Region. Subject to and without waiving the objection, on December 12, 2002, Lt. Andrew Readen's government-issued service weapon was stolen from a residence located at 2345 Pitts Place, S.E. Washington, D.C. The weapon was recovered approximately 3 hours later after Lt. Readen advised the Metropolitan Police Department and Federal Protective Service of the theft. On May 8, 2006, Officer Reginald Thomas reported his weapon stolen from the trunk of his car. He found it approximately 1 hour later.

**INTERROGATORY NO. 5:**

Identify all the persons, including their job title, who were disciplined over 5 months after the infraction occurred for the past 5 years.

**ANSWER:**

See EEO Report of Investigation, Exhibits Nos. 2 (b)(4) and 19 and defendant's response to Request No. 5 of Plaintiff's Request for Production of Documents.

**INTERROGATORY NO. 6:**

Identify all persons who accessed private and confidential information on their computers for the past 5 years.

**ANSWER:**

Objection, overbroad and overburdensome. The Agency can only answer as to violations of which came to the attention of Agency officials. Objection, overbroad, overburdensome, and irrelevant with respect to any persons who did not work at the Federal Protective Service,

4

National Capital Region. Subject to and without waiving the objection, Defendant is only aware of one person, plaintiff Cheryl Davis, who accessed private and confidential information on her computer.

Respectfully submitted,

/s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/ Wyneva Johnson
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 4th Street, N.W., Room E4106
Washington, D.C. 20530
(202) 514-7224

VERIFICATION

I declare, under the penalty of perjury, that the information provided in the foregoing Answers to Plaintiff's Interrogatories is true and correct based upon my knowledge, information, and belief and based upon information provided by present employees of the United States Department of Homeland Security and records maintained by the Agency.

Signed and sworn to this 18 day of May, 2006.

Katharine Johnson
Associate Legal Advisor
Office of the Principal Legal Advisor
Immigration and Customs Enforcement

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2006, I caused a copy of the foregoing Defendant's Answers to Plaintiff's Interrogatories has been mailed postage prepaid to:

James L. Kestell
Jonathan Gould
Kestell & Associates
1012 14th Street, N.W., Suite 630
Washington, D.C. 20005

_____
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W., Room E4106
Washington, D.C. 20530