# Kestell & Associates

Attorneys and Counselors at Law
1012 14th Street NW, Suite 630
Washington, DC 20005-3423

James L. Kestell*
Tel. No. (703) 237-2912
Fax No. (703) 237-4321
email jlkestell@cox.net

Jonathan L. Gould***
Tel. No. (202) 347-3889
Fax No. (202) 347-4482
email jgould@igc.org

Michael P. Deeds**
Tel. No. (202) 347-4481
Fax No. (202) 347-4482
email mikedeeds@juno.com

Bianca Karim****
Tel. No. (202) 347-0090
Fax No. (202) 347-4482
email karim@kestellassociates.com

May 9, 2006

Wyneva Johnson
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530

Re: Defendant's Failure to Respond to Plaintiff's Discovery Requests

Dear Ms. Johnson:

    We received your response to Plaintiff's Request for Production of Documents on May 3, 2006. The response did not include a response to Request No. 4, that is copies of incident reports and disciplinary actions where other employees reported that their weapons were stolen and missing for the 5 years preceding plaintiff's gun being stolen from her vehicle on April 11, 2001. We have yet to receive responses to Plaintiff's First Set of Interrogatories as well. Defendant's Response to Plaintiff's discovery requests were due on February 27, 2006. If we do not receive the Defendant's discovery responses by Friday, May 12, 2006, we will be forced to file a motion to compel on Monday, May 15, 2006 by the discovery deadline.

Sincerely yours,

*[signature]*

James L. Kestell

*Admitted in DC, CT, WI. Not Admitted in VA
**Admitted in DC, VA
***Admitted in DC, CT. Of Counsel
****Admitted in Maryland

Virginia Office
209 Midvale Street
Falls Church, VA 22046
Tel. No. (703) 237-2912
Fax No. (703) 237-4321