# Kestell & Associates
Attorneys and Counselors at Law
1012 14th Street NW, Suite 630
Washington, DC 20005-3423

James L. Kestell*
Tel. No. (703) 237-2912
Fax No. (703) 237-4321
email jlkestell@cox.net

Jonathan L. Gould***
Tel. No. (202) 347-3889
Fax No. (202) 347-4482
email jgould@jgc.org

Michael P. Deeds**
Tel. No. (202) 347-4481
Fax No. (202) 347-4482
email mikedeeds@juno.com

Bianca Karim****
Tel. No. (202) 347-0090
Fax No. (202) 347-4482
email karim@kestellassociates.com

May 15, 2006

*Sent Via Facsimile*
Wyneva Johnson
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530

Re: Defendant's Response to Plaintiff's Discovery Requests

Dear Ms. Johnson:

We have not received Defendant's response to Plaintiff's First Set of Interrogatories. Also, we have yet to receive the documents responsive to Plaintiff's Production Request No. 4, that is copies of incident reports and disciplinary actions, where other employees reported that their weapons were stolen and missing, for the 5 years preceding plaintiff's gun being stolen from her vehicle on April 11, 2001. Defendant's Response to Plaintiff's discovery requests were due on February 27, 2006.

Sincerely yours,

James L. Kestell

* Admitted in DC, CT, WI, Not Admitted in VA
** Admitted in DC, VA
*** Admitted in DC, CT, Of Counsel
**** Admitted in Maryland

Virginia Office
209 Midvale Street
Falls Church, VA 22046
Tel. No. (703) 237-2912
Fax No. (703) 237-4321

COVER SHEET

TO: Wyneva Johnson

FROM: James L. Kestell, Kestell & Associates

RE: Devin L. Chernoff, Defendant's Response to Plaintiff's Discovery Requests

DATE: May 15, 2006