## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHERYL DAVIS,

                       Plaintiff,

           v.                                Civil Action 05-01423 (HHK)

MICHAEL CHERTOFF,

                   Defendant.

## ORDER OF REFERRAL
## TO UNITED STATES MAGISTRATE JUDGE

It is this 5th day of June, 2006, hereby

**ORDERED** that plaintiff's "Motion to Compel Answers to Her First Set of Interrogatories and Requests for Production" (Dkt. #17) is hereby referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2.

Henry H. Kennedy, Jr.
United States District Judge