IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS,<br><br>      Plaintiff<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY<br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>      Defendant | Civil Action No. 05-1423 (HHK) |

## DECLARATION OF FRANCINE ANDERSON

1. Since July 19, 1999, I have been a management analyst at the Federal Protective Service (FPS), National Capital Region (NCR). Prior to becoming a management analyst, I was an Employee/Labor Relations Specialist with the Office of Human Resources, General Services Administration, National Capital Region for 18 years. The Federal Protective Service was part of the General Services Administration until March of 2003, when it transferred to the Department of Homeland Security, Immigration and Customs Enforcement.

2. As a management analyst at FPS/NCR, I have been responsible for handling all disciplinary and adverse actions matters on behalf of management and coordinating such matters with the appropriate Employee/Labor Relations Office. Up until the summer of 2004, all Employee/Labor Relations services were provided to the Federal Protective Service by the General Services Administration, Office of Human Resources. The Employee and Labor

Relations Office, Immigration and Customs Enforcement assumed such responsibilities beginning in the summer of 2004.

3. While the Federal Protective Service was part of GSA, all disciplinary files were maintained by the GSA, Office of Human Resources, National Capital Region. The records were maintained for a period of 3 years in accordance with the GSA records retention policy. Currently, all records are maintained by the Employee and Labor Relations Office, Immigration and Customs Enforcement in accordance with their records retention policies. Disciplinary files include the GSA Form 225, Record of Infraction, the Proposal Letter, the Decision Letter, and any evidence supporting the disciplinary action.

4. Although not required by any policy or regulations, I have maintained duplicate copies of all disciplinary files during my tenure at FPS, from 2000 to the present. When I arrived at the Federal Protective Service, Andre Jordan was the Director. Jordan had been the Director since 1998. He was replaced by Joseph Trindal in March of 2003.

5. In the fall of 2005, I sent to Katharine Johnson complete copies of the disciplinary files for the following employees: Gary Long, Donnie McCotter, Vashti Purnell-Cropper, James Ryan, Bennie Sherrod, George Short, Girard Summer, Anthony Surbeck, James Ward, Don Wills, Shawn Clarkson, Robert Holmes, William Johnson, Valerie Lee-Lloyd, Andrew Readen, James Bright, Thomas Armstrong, and Gregory Jefferson. On June 2, 2006, my co-worker obtained additional files and sent them to Katharine Johnson. The documents sent to Katharine Johnson in June of 2006 included the GSA Form 225, the proposed disciplinary action and the final

disciplinary action for the following employees: Sharon Rhodes, Allison Poore, Bradley Fitzgerald, David Churnesky, Anthony Batton, Leon Michael, Kerry Todd, John English, William Freeman, Evelyn Jackson, James Otis, Kenneth Morris, Eulalio Tordil, Antonio Zamudio, James Reese, Miles Rawls, and Eric Ramsdell.

6. I provided advice to the deciding official, Mr. Andre Jordan, with respect to Ms. Davis' suspension. In response to the proposed disciplinary action, Ms. Davis mentioned several male employees who allegedly lost their weapons but were not disciplined. However, none of these incidents occurred while Mr. Jordan was the Director or were within the 3-year records retention period. Therefore, there were no available files to determine if the loss of the weapon was investigated and by whom; if any investigation substantiated misconduct; and what, if any, disciplinary action was taken. No other employees lost their weapons during the time period that Mr. Jordan acted as Director of the Federal Protective Service, National Capital Region from 1998 to 2002.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on 06-05-06

FRANCINE ANDERSON