IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHERYL DAVIS, )
)
    Plaintiff )
)
v. )   Civil Action No. 05-1423 (HHK)
)
MICHAEL CHERTOFF, SECRETARY )
UNITED STATES DEPARTMENT OF )
HOMELAND SECURITY, )
)
    Defendant )
)

## DECLARATION OF DAVID EMOND

1. I am a Supervisory Special Agent, US Department of Homeland Security, Federal Protective Service, National Capital Region, and head the Criminal Intelligence & Analysis Section.

2. My section retains records of all incident reports filed with the Federal Protective Service, National Capital Region. Incident reports cover crimes/misconduct/incidents occurring in all federal buildings/geographical areas over which the Federal Protective Service, National Capital Region has jurisdiction in Maryland, Virginia, and the District of Columbia. The number of buildings is approximately 747.

3. In March of 2006, I received a request from Ms. Francine Anderson and Ms. Katharine Johnson to search for all incident reports involving stolen or missing weapons from 1998 to the present. My Records Management staff conducted a database check of all reports from January

1, 1998 to March 2006 listed under Code Numbers 0630 (Theft of Government Property) and 2120 (Lost Government Property). The narrative section of each report was reviewed to identify any that involved the theft or loss of a weapon by an FPS employee. Hardcopies of three reports were reviewed after the narratives indicated the loss or theft of a weapon, but the subsequent review determined each involved either a contract guard or a non-FPS Government employee. No reports relating to the loss or theft of a Government-owned weapon by an FPS employee for the time period January 1998 to March 2006 were found as a result of this search. The search of the 9-year time period consumed approximately 8 man-hours over a 5-day period.

4. Reports are filed and can be retrieved by case number. However, the case numbering system changed a few years ago. Reports can also be retrieved by a specific date or a narrow date range and building at which the incident occurred. It is extremely difficult and time-consuming to search by offense codes, without more information, because our reporting system (currently maintained in a database known as WebRMS) utilizes several offense codes.

5. Although my staff conducted a search of the two codes under which a loss or theft of a weapon would most likely be classified, it is possible that there may be lost/stolen weapon reports in our records that were not located in this search (i.e., incidents where the reporting officer utilized another classification code, of which there are dozens under the current system). It took several days for a four-person staff of Security Assistants and Data Entry Specialists to review the aforementioned report narratives in between other duties; a review of ALL records for this timeframe would be so time consuming and labor intensive as to be virtually non-feasible based on current resources, as it would likely take a review of every single report narrative in the FPS National Capital Region for a five year period. Based on Calendar Years 2003 to 2005, we

have an estimated 6,500 reports filed each year. Total number of reports in the database for the period from 1998 to June 2006 is an estimated 60,000 reports.

      Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on  07 Jun 06                     DAVID EMOND