IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1423 (HHK) |
| ) | |
| MICHAEL CHERTOFF, SECRETARY ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant ) | |

## DECLARATION OF WILLIAM JOHNSON

1. I am currently the Range Master for the US Department of Homeland Security, Federal Protective Service, National Capital Region. I have been employed by the Federal Protective Service since May of 1997.

2. I have searched my records and found hard copies of two incident reports (GSA Forms 3155) regarding lost or stolen weapons from the years 1994 and 1997. The employees involved were Larry Phelps and Andrew Hokett. I am not aware of any policy or regulation that requires the Range to maintain the GSA Form 3155 or that designates the Range as the custodian of incident reports regarding lost or stolen weapons. Rather, these are maintained by the Criminal Intelligence & Analysis Section, currently headed by Dave Emond. The Range does not store information regarding the disposition of weapons indefinitely.

3. Prior to July 7, 2004, the Agency policy governing stolen or lost weapons was Public Building Service Publication 5930.17C, Chapter 15, part 4, section 12 which states: *"If a FPS weapon is lost, stolen, or otherwise missing, the person who lost the firearm, or from whom it was stolen, or who discovered it missing, must report the matter to the supervisor immediately. A GSA form 3155 must be completed and turned in to the Range Master immediately. Should the firearm be recovered, the supervisor must be notified and a GSA form 3155 must be completed by the recovering officer/agent. A copy of the GSA Form 3155 should be provided to the Range Master and then processed through to the Assistant Commissioner of FPS."* FPS is now governed by the ICE Interim Firearms Policy, dated July 7, 2004, which contains different reporting requirements.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on  6/6/06

WILLIAM V. JOHNSON