IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHERYL DAVIS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, SECRETARY )<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendant ) | Civil Action No. 05-1423 (HHK) |

## ORDER

UPON CONSIDERATION OF plaintiff's Motion to Compel Answers to Her First Set of Interrogatories and Requests for Production, and Defendant's opposition thereto, and for good cause shown, it is hereby

ORDERED that plaintiff's motion is Denied.

_____
UNITED STATES DISTRICT JUDGE

cc:
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

James L. Kestell, Esq.
KESTELL & ASSOCIATES
1012 14th Street, NW, Suite 630
Washington, DC 20005