UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1423 (HHK/AK) |
| ) | |
| MICHAEL CHERTOFF, Secretary, United ) | |
| States Department of Homeland Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff's Motion to Compel Answers to Her First Set of Interrogatories and Requests for Production [17] ("Motion to Compel"), and Defendant's Opposition to the Motion [19] ("Opposition"). Plaintiff moved to compel the Defendant's response to Document Request No. 4 and Interrogatory No. 5. In its Opposition, Defendant indicates that it has provided the Plaintiff with supplemental responses to Request No. 4 and Interrogatory No. 5. Plaintiff did not reply to the Opposition. It is accordingly, this 29th day of June, 2006,

ORDERED that the Plaintiff's Motion to Compel [17] is denied as moot.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE