UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS,<br><br>Plaintiff<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY<br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>Defendant | Civil Action No. 05-1423 (HHK) |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties request that the Scheduling Order be amended to include new dates for the filing of defendant's dispositive motion, plaintiff's opposition and defendant's reply. The parties request the following dates:

Defendant's Dispositive Motion - August 31, 2006
Plaintiff's Opposition - September 29, 2006
Defendant's Reply - October 17, 2006

Accordingly, it is respectfully requested that defendant shall have up to and including August 31, 2006 to file its dispositive motion, that plaintiff file her opposition by September 29, 2006 and defendant file a reply by October 17, 2006.

Respectfully submitted,

*/s/ Kenneth L. Wainstein*
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

*/s/ Wyneva Johnson*
WYNEVA JOHNSON, DC Bar # 278515
Assistant United States Attorney