UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, SECRETARY ) <br> UNITED STATES DEPARTMENT OF ) <br> HOMELAND SECURITY, ) <br> ) <br> Defendant ) | Civil Action No. 05-1423 (HHK) |

## ORDER

UPON CONSIDERATION of defendant's Consent Motion to Amend Scheduling Order, and for good cause shown, it this ___ day of _____, 2006.

ORDERED that defendant's consent motion should be, and it hereby is, granted, and that defendant shall have up to and including August 31, 2006 in which to file its dispositive motion, plaintiff shall file its opposition by September 29, 2006 and defendant shall file its reply by October 17, 2006.

_____  
DATE

_____  
UNITED STATES DISTRICT JUDGE

Copies  
Wyneva Johnson  
Assistant United States Attorney  
555 4th Street, N.W. Civil Division  
Washington, D.C. 20530

James L. Kestell, Esq.  
KESTELL & ASSOCIATES  
1012 14th Street, NW, Suite 630  
Washington, D.C. 20005