IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
---------------------------------------------------
CHERYL DAVIS                          )
4507 Dallas Place,                    )
Temple Hills, #202,                   )
MD 20748                              )
        Plaintiff,                    )
                                      )
        v.                            )    Civil Action No. 05-1423 (HHK)
                                      )
MICHAEL CHERTOFF, SECRETARY           )
U.S. DEPT. OF HOMELAND SECURITY       )    August 23, 2006
Washington, DC 20528-5072             )
                                      )
        Defendant                     )
---------------------------------------------------
```

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

The plaintiff, Ms. Cheryl Davis, hereby moves for leave to file her first amended complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. A copy of the first amended complaint is attached hereto. Plaintiff's counsel has contacted counsel for defendant regarding his intent to file this motion and she has indicated that she does not object to the filing of the amendment as a matter of procedure although she does not agree with its factual allegations.

Respectfully Submitted,
The Plaintiff, Cheryl Davis


By__/s/_____
James L. Kestell
D.C. Bar #955310
Jonathan L. Gould
DC Bar #491052
Bianca Karim
DC Bar #497834
Kestell and Associates
1012 14th Street, NW, Suite 630
Washington, DC 20005
Tel. 202-347-0990
Fax 202-347-4482
Email: bianca_karim@yahoo.com
Attorneys for the Plaintiff