IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
--------------------------------------------------
CHERYL DAVIS                        )
4507 Dallas Place,                  )
Temple Hills, #202,                 )
MD 20748                            )
        Plaintiff,                  )
                                    )
        v.                          )      Civil Action No. 05-1423 (HHK)
                                    )
MICHAEL CHERTOFF, SECRETARY         )
U.S. DEPT. OF HOMELAND SECURITY     )      August 23, 2006
Washington, DC 20528-5072           )
                                    )
        Defendant                   )
--------------------------------------------------
```

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF HER MOTION
FOR LEAVE TO FILE HER FIRST AMENDED COMPLAINT**

The plaintiff, Ms. Cheryl Davis, hereby files this memorandum of law in support of her motion for leave to file her first amended complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Under the principles embodied in Rule 15(a), the federal courts have adopted a liberal policy of allowing plaintiffs to amend to their complaints absent prejudice to the defendant, Foman v. Davis, 37l U.S. 178, 182 (1962). For the following reasons, the defendant will not be prejudiced by the filing of the proposed amendment.

The amendment makes almost no substantive changes in the factual allegations related to the merits of the case. It merely deletes one of the claims against the defendant for sex discrimination arising out of the plaintiff's 14-day suspension. When the plaintiff filed an EEO complaint against the defendant on this claim, plaintiff believed that three of her male co-workers were not disciplined for similar misconduct while she was

1

suspended for 14 days. However, during the course of discovery, plaintiff discovered that two male co-workers were subsequently suspended for similar offenses. From deposing plaintiff's third level supervisor and a male co-worker, plaintiff also found out that the decision to not discipline male co-workers who committed similar misconduct was made by a different proposing and deciding official.

Prior to conducting discovery, plaintiff believed that the three employees who were not disciplined were similarly situated to herself. However, in light of her discovery of this new information, that is probably no longer the case. Therefore, the plaintiff is withdrawing her claim regarding her suspension.

Because the proposed amended complaint deletes this cause of action, the defendant will not be prejudiced by the amendment. For this reason, the Court should grant the motion.

> Respectfully Submitted,
> The Plaintiff, Cheryl Davis
>
>
> By__/s/_____
> James L. Kestell
> D.C. Bar # 955310
> Jonathan L. Gould
> DC Bar #491052
> Bianca Karim
> DC Bar #497834
> Kestell and Associates
> 1012 14th Street, NW, Suite 630
> Washington, DC 20005
> Tel. 202-347-0990
> Fax 202-347-4482
> Email: bianca_karim@yahoo.com
> Attorneys for the Plaintiff