# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHERYL DAVIS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 05-1423 (HHK) |
|  | ) |
| MICHAEL CHERTOFF, SECRETARY, | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) |
|  | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION OF plaintiff's Motion for Leave to File Her First Amended Complaint, for good cause shown, it is hereby:

ORDERED that plaintiff's motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

cc:

James L. Kestell
Bianca Karim
Jonathan Gould
Kestell & Associates
1012 14th Street,
N.W., Suite 630
Washington, D.C. 20005

Wyneva Johnson
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530