UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY<br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1423 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S NOTICE OF FILING

Defendant hereby advises the Court and the plaintiff that plaintiff's tax returns for the years 2003 and 2004 were filed under seal on this date.

Respectfully submitted,

*Kenneth L. Wainstein*
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

*Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistance United States Attorney

*Wyneva Johnson*
WYNEVA JOHNSON, D.C. Bar # 278515
Assistant United States Attorney
555 4th Street N. W.
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2006, that a copy of the foregoing has been forwarded, filed and served by First-Class mail, postage prepaid to:

James L. Kestell, Esq.
Jonathan Gould, Esq.
KESTELL & ASSOCIATES
1012 14th Street, N.W., Suite 630
Washington, D.C. 20005

                                         WYNEVA JOHNSON
                                         Assistant United States Attorney
                                         555 4th Street, N.W.
                                         Washington, D.C. 20530
                                         (202) 514-7224