IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.  05-1423 (HHK) |
| ) | |
| MICHAEL CHERTOFF, SECRETARY ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant ) | |
| ) | |

**NOTICE REGARDING EXHIBIT ATTACHMENT**

Exhibits 1 through 31, which are an attachment to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment will be filed in CD-ROM format (due to technical difficulties while filing) and is being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.  A paper copy of the complete filing was forwarded to Judge's chambers, and plaintiff's counsel was served the exhibits through electronic mail.

Respectfully submitted,

\_\_\_/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224