UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  v.  ) | Civil Action No. 05-1423 (HHK) |
| )<br>MICHAEL CHERTOFF, SECRETARY  )<br>UNITED STATES DEPARTMENT OF  )<br>HOMELAND SECURITY,  )<br>  )<br>      Defendant.  )<br>  )  | |

**DEFENDANT'S MOTION TO FILE UNDER SEAL**

Defendant hereby moves the Court to file plaintiff's tax returns for the years 2003 and 2004 which have been lodged under seal. The tax returns are listed as attachment 3 to defendant's exhibit 8.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistance United States Attorney

_____/s/_____
WYNEVA JOHNSON, D.C. Bar # 278515
Assistant United States Attorney
555 4th Street N. W.
Washington, D.C. 20530
(202) 514-7224

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September, 2006, that a copy of the foregoing has been forwarded, filed and served by First-Class mail, postage prepaid to:

James L. Kestell, Esq.
Jonathan Gould, Esq.
KESTELL & ASSOCIATES
1012 14th Street, N.W., Suite 630
Washington, D.C. 20005

                                              WYNEVA JOHNSON
                                              Assistant United States Attorney
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 514-7224