UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHERYL DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1423 (HHK) |
| ) | |
| **MICHAEL CHERTOFF, SECRETARY** ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **HOMELAND SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of the Defendant United States Department of Homeland Security's Motion to File Under Seal, any Opposition thereto, and the entire record in this matter, it is by the Court this ____ day of _____, 2006, hereby

ORDERED that Defendant United States Department of Homeland Security's motion be granted.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

WYNEVA. JOHNSON
Assistant United States Attorney
Judiciary Center Bldg., Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

James L. Kestell, Esq.
Jonathan Gould, Esq.
KESTELL & ASSOCIATES
1012 14th Street, N.W., Suite 630
Washington, D.C. 20005