UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHERYL DAVIS,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**MICHAEL CHERTOFF,**<br><br>　　　　　　**Defendant.** | Civil Action 05-01423 (HHK) |

**ORDER**

Before this court is defendant's motion to dismiss [# 24]. Because plaintiff has filed an amended complaint, defendant's motion must be **DENIED** as it is moot. Accordingly, it is this 14th day of September, 2006, hereby

**ORDERED,** that defendant's motion to dismiss [# 24] is **DENIED**.


　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge