UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| CHERYL DAVIS, ) | |
| ) | |
| ) | |
| Plaintiff ) | APPEARANCE |
| ) | |
| ) | |
| vs. ) | |
| MICHAEL CHERTOFF, SECRETARY ) | CASE NUMBER    05-1423 (HHK) |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY ) | |
| ) | |
| Defendant. ) | |
| _____) | |

To the Clerk of this court and all parties:

Please enter the appearance of <u>Bianca Karim</u> as counsel in this case for: <u>Cheryl E. Davis,</u>

<u>Plaintiff</u>.

| | |
|---|---|
| <u>September 14, 2006</u> | <u>       /s/                           </u> |
| Date | Signature |
| | |
| <u>497834</u> | <u>Bianca Karim</u> |
| BAR IDENTIFICATION | Print Name |
| | |
| | <u>Kestell & Associates</u> |
| | Firm |
| | |
| | <u>1012 14th Street, NW, Ste 630</u> |
| | Address |
| | |
| | <u>Washington, DC 20005</u> |
| | City    State    Zip Code |
| | |
| | <u>(202) 347-0990</u> |
| | Phone Number |

1
