IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHERYL DAVIS, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) ) | Civil Action No.  05-1423 (HHK) |
| MICHAEL CHERTOFF, SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant | ) ) ) | |

**DEFENDANT'S RENEWED MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant**,** by undersigned counsel, respectfully renews its Motion to Dismiss or, in the Alternative, for Summary Judgment with regard to the Amended Complaint. Defendant incorporates by reference the arguments and exhibits set forth in Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, ECF Document # 24.

Respectfully submitted,

\_\_/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

\_\_/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

OF COUNSEL:
Katherine Johnson
Associate Legal Advisor
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security