IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHERYL DAVIS,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1423 (HHK) |
| ) | |
| **MICHAEL CHERTOFF, SECRETARY** ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **HOMELAND SECURITY,** ) | |
| ) | |
| Defendant ) | |

## ORDER

UPON CONSIDERATION OF Defendant's Renewed Motion to Dismiss, or in the Alternative, for Summary Judgment, any Opposition thereto and of the entire record, it is hereby

ORDERED that defendant's Renewed Motion to Dismiss, or in the Alternative for Summary Judgment is GRANTED. It is

FURTHER ORDERED that plaintiff's complaint is hereby dismissed.

_____
UNITED STATES DISTRICT JUDGE

cc:
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

James L. Kestell
Jonathan Gould
KESTELL & ASSOCIATES
1012 14th Street, NW, Suite 630
Washington, DC 20005