UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CHERYL DAVIS,                               )
                                            )
            Plaintiff,                      )
                                            )
      v.                                    )  Civil Action No. 05-1423 (HHK)
                                            )
MICHAEL CHERTOFF, SECRETARY,                )
U.S. DEPARTMENT OF HOMELAND SECURITY,       )
                                            )
            Defendant.                      )
_____ )  September 28, 2006

**PLAINTIFF'S UNOPPOSED MOTION
REQUESTING AN EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUSDGMENT**

The plaintiff, pursuant to Rule 6(b)(1), in the above matter, by her counsel, hereby requests an extension of time of 7 days from September 29, 2006, until October 6, 2006. [1] Defendant has agreed not to oppose Plaintiff's Motion to Extend Time to Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment.

In this case the Plaintiff has claimed that Defendant retaliated against her for filing a discrimination claim (based on her sex when it suspended her for fourteen days for failing to secure her weapon while it did not discipline her male co-workers for the same infraction) when it reassigned her to administrative duties. (Complaint, ¶ 14-16).

The plaintiff has good cause for this extension. Plaintiff received Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment on September 1, 2006. Plaintiff's

---

[1] Defendant filed Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment a day after the deadline for dispositive motions on August 31, 2006 set by the Order dated July 24, 2006. According to the Scheduling Order dated January 26, 2006, plaintiff's Opposition is due 30 days after the defendant's filing or on October 2, 2006. However, according to the Order dated July 24, 2006, plaintiff's opposition is due on September 29, 2006.

attorney had a trial for another case from September 18 to September 20, 2006 and is scheduled for a hearing for a different matter from October, 3 to October 4, 2006.

For the foregoing reasons, the plaintiff requests that the Court grant this motion for extension of time.

Respectfully submitted,

FOR PLAINTIFF,

_____/s/_____
Bianca Karim, Bar No. 497834
Kestell & Associates
1012 14th Street, NW, Suite 630
Washington, DC 20004
202 347-0990
202 347-4482
email bianca_karim@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 28th day of September, 2006, a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Extension of Time has been sent via first class mail and facsimile to:

Wyneva Johnson
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

\_\_\_\_/s/_____
Bianca Karim, Bar No. 497834
Kestell & Associates
1012 14th Street,
N.W., Suite 630
Washington, D.C. 20005

Case 1:05-cv-01423-HHK    Document 30    Filed 09/28/2006    Page 3 of 3