# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|   |   |
|---|---|
| CHERYL DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1423 |
| | ) (HHK) |
| | ) |
| MICHAEL CHERTOFF, SECRETARY, | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) September 28, 2006 |

## PROPOSED ORDER

UPON CONSIDERATION OF Plaintiff's Unopposed Motion Requesting an Extension of Time to Oppose Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, and for good cause shown, it is hereby

ORDERED that plaintiff's motion is granted. It is

FURTHER ORDERED that the time to file an Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment is extended up to and including October 6, 2006.

_____
United States District Judge

cc:
Bianca Karim
Kestell & Associates
1012 14th Street,
N.W., Suite 630
Washington, D.C. 20005

Wyneva Johnson
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530