UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CHERYL DAVIS,                               )
                                            )
            Plaintiff,                      )
                                            )
    v.                                      )   Civil Action No. 05-1423 (HHK)
                                            )
MICHAEL CHERTOFF, SECRETARY,                )
U.S. DEPARTMENT OF HOMELAND SECURITY,       )
                                            )
            Defendant.                      )
_____ )   September 28, 2006


**PLAINTIFF'S AMENDED UNOPPOSED MOTION
REQUESTING AN EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUSDGMENT**

The plaintiff, pursuant to Rule 6(b)(1), in the above matter, by her counsel, hereby requests an extension of time of seven days from September 29, 2006, until October 6, 2006.[1] Defendant has agreed not to oppose Plaintiff's Motion to Extend Time to Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment. Defendant will file its Reply to Plaintiff's Opposition seven days after October 17, 2006, the date previously set for its response, or on October 24, 2006.

In this case the Plaintiff has claimed that Defendant retaliated against her for filing a discrimination claim (based on her sex when it suspended her for fourteen days for failing to secure her weapon while it did not discipline her male co-workers for the same infraction) when it reassigned her to administrative duties. (Complaint, ¶ 14-16).

---

[1] Defendant filed Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment a day after the deadline for dispositive motions on August 31, 2006 set by the Order dated July 24, 2006. According to the Scheduling Order dated January 26, 2006, plaintiff's Opposition is due 30 days after the defendant's filing or on October 2, 2006. However, according to the Order dated July 24, 2006, plaintiff's opposition is due on September 29, 2006.

The plaintiff has good cause for this extension. Plaintiff received Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment on September 1, 2006. Plaintiff's attorney had a trial for another case from September 18 to September 20, 2006 and is scheduled for a hearing for a different matter from October, 3 to October 4, 2006.

For the foregoing reasons, the plaintiff requests that the Court grant this motion for extension of time.

                                              Respectfully submitted,

                                              FOR PLAINTIFF,

                                              _____/s/_____
                                              Bianca Karim, Bar No. 497834
                                              Kestell & Associates
                                              1012 14th Street, NW, Suite 630
                                              Washington, DC 20004
                                              (202) 347-0990
                                              (202) 347-4482
                                              email bianca_karim@yahoo.com