**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                            )
CHERYL DAVIS,                               )
                                            )
           Plaintiff,                       )
                                            )
      v.                                    )  Civil Action No. 05-1423
                                            )  (HHK)
                                            )
MICHAEL CHERTOFF, SECRETARY,                )
U.S. DEPARTMENT OF HOMELAND SECURITY,       )
                                            )
           Defendant.                       )
_____ )  September 28, 2006

## AMENDED PROPOSED ORDER

UPON CONSIDERATION OF Plaintiff's Unopposed Motion Requesting an Extension of Time to Oppose Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, and for good cause shown, it is hereby

ORDERED that plaintiff's motion is granted. It is

FURTHER ORDERED that the time to file an Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment is extended up to and including October 6, 2006 and the Defendant's time to file its Reply to Plaintiff's Opposition is extended up to and including October 24, 2006.


                                      _____
                                      United States District Judge

cc:
Bianca Karim
Kestell & Associates
1012 14th Street,
N.W., Suite 630
Washington, D.C. 20005

Wyneva Johnson
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Respectfully submitted,

FOR PLAINTIFF,

_____/s/_____
Bianca Karim, Bar No. 497834
Kestell & Associates
1012 14th Street, NW, Suite 630
Washington, DC 20004
202 347-0990
202 347-4482
email bianca_karim@yahoo.com

Case 1:05-cv-01423-HHK    Document 33    Filed 09/28/2006    Page 2 of 2