## Statement of Malcolm Weeks

On February 19, 2003, at approximately 1500 hours, during a general office conversation concerning the proposed elevation or promotion of office personal to grade 12, the question was asked, was the paperwork (Standard Form 50) been submitted to the Personnel Office/Human Resource (HR). Special Agent Cheryl Davis stated that the paper work was submitted because the 50s were posted in the computer and did I want to see them, I said yes. I went into Special Agent Davis's cubical, where I saw her access a computer drive (unknown to me) where personnel files are kept. Special Agent Davis scroll through the drive and showed me a Standard Form 50, which was my name at the top. Special Agent Davis said that all Federal Protective Service HR files are on this drive and to access the drive is easy, because the drive is open with no knock out or denial access. Special Agent Davis said not to say any about the files. In a conversation with Special Agent in Charge Blocker, I told him that I saw my Standard Form 50 on Cheryl's computer and thank him or whomever for the promotion. The above listed facts are what I know concerning Special Agent Davis access to the FPS HR computer drive.

Malcolm C. Weeks

PLAINTIFF'S EXHIBIT 2