Received _Y_ _L_ _\_ _Y_ _\_ _,_

Date _5/12/00_

MAY 1 1 2000

Mr. Gregory Jefferson
Training Technician
Federal Protective Service Division  (WPS)

Dear Mr. Jefferson:

This is a notice of proposed action against you.

You are assigned to the FPS Training Academy as a Training Technician,
GS-1702-08.  As a Training Technician you are required to assist Training
Specialists in classroom training, perform research for course development,
conduct surveys of training needs and perform related duties to ensure
effective management of student activities.

For the following reasons, we propose to suspend you from duty and pay
for a period not to exceed 30 calendar days.

**Charge #1:  <u>Drinking alcohol while on duty.</u>**

**Specification:**

On March 23 from about 12:30 to 1 p.m., you and Ms. Leslyn Erickson,
Chief of the FPS Training Academy, discussed details of a recent staff
meeting.  During that time there was no odor of alcohol on you.  Between
1 p.m. and 1:10 p.m., Ms. Erickson noticed that you were absent from the
front office where you had been working and from the front of the building.
At about 1:10 p.m., Ms. Erickson left to go to a meeting and noticed you
again in the front office.  Ms. Erickson stopped to talk to you about her
destination and time from the office.  Ms. Erickson talked with you briefly
and noticed the odor of alcohol on you.

**Charge #2:  <u>Unauthorized use of Government property.</u>**

**Specification:**

On March 24, 2000, Ms. Erickson and Captain Elliott Grollman, Assistant Chief,
entered your office and saw on your desktop next to your government computer a yellow
note giving a website for "transexuality.com" and an apparent password and account
number.  Ms. Erickson found eleven (11) more notes, ten (10) of which contained
addresses for non-government related websites.  Ms. Erickson found a telephone note


PLAINTIFF'S
EXHIBIT
2
tabbies

- 2 -

with an 800 number for adult videos and a note describing how to erase computer history files. Ms. Erickson also found on your desktop six (6) printouts addressed to you at your Government e-mail address, from sex-related websites.

In addition to the aforementioned materials, Ms. Erickson found 34 more pages of printouts from sex-related websites, addressed to you at your Government e-mail address, and times showing receipt during workdays and duty hours.

Ms. Erickson pursued this matter through the Information Technology Division. A report of their findings indicate the following:

On your Netscape Navigator 4.06 the following inappropriate material was found:

- 418 Pornographic image files (Joint Photographic Experts Group – JPEGs and Graphic Interface Formats GIFs) were found on the Netscape\Navigator\Program\Cache and the Netscape\Users\Default\ Cache directories. These files are dated 2/7/00, 2/25/00. 3/7/00, 3/8/00. 3/9/00 and 3/24/00.

- Pornographic Sexually Oriented Member-Accessed Sites in the URL History:

  1. www.messycumshots.com
  2. http://members.ebonyfantasy.com
  3. http://members.cenniche.com
  4. www.transexuality.com
  5. www.sexysquirter.com
  6. http://216.99.35.210
  7. http://209.217.132.16
  8. http://216.99.53.120

- 1 Pornographic Web Page was found in the Bookmark folder:
  www.xxxanadu.com

- 3 -

- The following Cookies (A cookie is information that a Website places on your hard disk so that it can remember something about you at a later time) implying Sexually-Oriented Material were found under the D:\WINNT\PROFILES\GJEFFERS directory:

| | | |
|---|---|---|
| 1. | Gjeffers@aphrodite__porntrack | 03/09/00 |
| 2. | Gjeffers@clit11_sextracker | 01/10/00 |
| 3. | Gjeffers@clit16_sextracker(1) | 03/09/00 |
| 4. | Gjeffers@counter10_sextracker | 01/21/00 |
| 5. | Gjeffers@counter11_sextracker | 01/10/00 |
| 6. | Gjeffers@counter14_sextracker | 01/10/00 |
| 7. | Gjeffers@counter5_sextracker | 09/03/00 |
| 8. | Gjeffers@counter6_sextracker | 03/09/00 |
| 9. | Gjeffers@counter8_sextracker | 02/07/00 |
| 10. | Gjeffers@lolitateen | 01/27/00 |
| 11. | Gjeffers@sexlist | 03/09/00 |
| 12. | Gjeffers@sextracker | 03/09/00 |
| 13. | Gjeffers@teenflashers(2) | 03/08/00 |
| 14. | Gjeffers@wivesexposed | 01/21/00 |
| 15. | Gjeffers@www._sexcamlive | 02/01/00 |
| 16. | Gjeffers@www.sexswap | 02/07/00 |
| 17. | Gjeffers@xxxcounter(1) | 03/09/00 |

When you used the Internet/Intranet and electronic messaging you were doing so as an employee and representative of GSA. Your blatant misuse of these systems as described above does not promote a positive image for you, the organization or the agency. As an authorized user of these computer systems you have an obligation to be aware of computer security and privacy concerns, to guard against computer viruses and to refrain from using the systems for inappropriate and/or offensive activities such as those described above. Downloading sexually explicit material is strictly prohibited. As an employee and user of these systems you are responsible for your actions in acccessing inappropriate and offensive network services.

Your past record as follows was considered in proposing this action.

You were suspended from duty and pay for 1 working day, effective February 29, 2000, for reporting for duty on October 25, 1999, under the influence of an intoxicant to such as extent as to render you unfit for duty.

- 4 -

At the time of this recent offense on March 23, you had been issued a Record of Infraction, GSA Form 225, for being on duty under the influence of intoxicants on March 13.

From the date you receive this letter you will have 15 calendar days to reply. Your answer may be made in person, in writing or both. You may also submit affidavits in support of your answer, and you may be represented by an attorney or other representative. Full consideration will be given to any reply or affidavits you submit. Your replies should be made to the following person, or to any official who may be acting in his capacity at the address below:

> Mr. Anthony E. C    a
> Assistant Regior       iministrator
> Public Buildinç         ce
> GSA National          l Region
> 7th & D Sts., S
> Washington, D    20407

If you wish to make a personal reply, please contact Mr. Jack Babcock, Chief Performance and Accountability Officer on (202) 708-5721 to arrange a time and date for your response.

In the meantime you will be continued in an active duty status. When we have reached a final decision you will be notified.

You are entitled to arrange with your supervisor for a reasonable amount of official time to prepare your reply, to secure affidavits or other documents, and to review the material on file in this (       ipporting the reasons for the proposed suspension.

Sincerely,


Andre Jordan
Director
Federal Protective Service Division