IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1423 (HHK) |
| ) | |
| MICHAEL CHERTOFF, SECRETARY ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant ) | |

**CONSENT MOTION FOR A FURTHER ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves for an extension of time to file its Reply to Plaintiff's Opposition to Defendant's Renewed Motion to Dismiss or, in the Alternative, for Summary Judgment up to and including November 3, 2006. Plaintiff does not object to this request for an enlargement of time.

The additional time is requested because counsel and agency counsel have been unable to complete the coordination and discussions for the filing of defendant's reply.

This request for an enlargement is made in good faith and is in no way designed to delay the proceedings.

Wherefore, it is respectfully requested that Defendant be permitted to file its Reply to Plaintiff's Opposition to Defendant's Renewed Motion to Dismiss or, in the Alternative, for Summary Judgment up to and including November 3, 2006.

       Respectfully submitted,


       _____/s/_____
       Jeffrey A. Taylor, D.C. Bar # 498610
       United States Attorney

       _____/s/_____
       RUDOLPH CONTRERAS, D.C. Bar # 434122
       Assistant United States Attorney

       _____/s/_____
       WYNEVA JOHNSON, DC Bar# 278515
       Assistant United States Attorney