**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                            )
**CHERYL DAVIS,**            )
                            )
      **Plaintiff**        )
                            )
      **v.**            )     **Civil Action No.  05-1423 (HHK)**
                            )
**MICHAEL CHERTOFF, SECRETARY** )
**UNITED STATES DEPARTMENT OF**  )
**HOMELAND SECURITY,**      )
                            )
      **Defendant**       )
_____)

## ORDER

UPON CONSIDERATION OF defendant's Consent Motion for a Further Enlargement of Time, and for good cause shown, it is hereby

ORDERED that defendant's motion is GRANTED.  It is

FURTHER ORDERED that defendant shall have up to and including November 3, 2006 to respond to Plaintiff's Opposition to Defendant's Renewed Motion to Dismiss or, in the Alternative, for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE

cc:
Wyneva Johnson
Assistant United States Attorney
555 4th  Street, N.W. Civil Division
Washington, D.C. 20530

Bianca Karim, Esq.
KESTELL & ASSOCIATES
1012 14th Street, NW, Suite 630
Washington, DC 20005