

EXHIBIT 32

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS,                     )<br>                                   )<br>        Plaintiff                 )<br>                                   )<br>     v.                            )<br>                                   )<br> MICHAEL CHERTOFF, SECRETARY       )<br> UNITED STATES DEPARTMENT OF       )<br> HOMELAND SECURITY,                )<br>                                   )<br>        Defendant                  )<br>                                   ) | Civil Action No. 05-1423 (HHK) |

### DECLARATION OF ANDERSON K. WRIGHT

1. I have reviewed the EEO counselor's summary of my testimony (Defendant's Exhibit 4) and verify that it is accurate. This supplements my testimony provided to the EEO counselor.

2. I first learned of the personnel folder located on the K drive from Allison Poore, who was my subordinate at the time. Poore never stated to me that she accessed the drive or the personnel folder on her own. Rather, according to Poore, Cheryl Davis accessed and reviewed the promotion actions and informed Poore that she would not be promoted. Davis showed Poore the files and also instructed her how to access them. On January 17, 2003, upon my request, Poore showed me the personnel folder. Except for this one occasion, I never witnessed Poore accessing the information.

3. As I stated to the EEO counselor, Davis also showed Kenneth Morris, Malcolm Weeks, and Alexander Peterson the personnel drive and the information located on it. According to them, she also showed them disciplinary actions. I never witnessed Morris, Weeks, or Peterson

1

AW 10/17/06

accessing the drive on their own, nor did they state to me that they had accessed the files themselves without Davis.

4. I reported Ms. Davis' actions to Mr. Patrick Moses, Acting Deputy Director and then to Ronald Blocker.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 17, 2006

ANDERSON K. WRIGHT