EXHIBIT 33

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, SECRETARY ) <br> UNITED STATES DEPARTMENT OF ) <br> HOMELAND SECURITY, ) <br> ) <br> Defendant ) <br> ) | Civil Action No. 05-1423 (HHK) |

## DECLARATION OF MALCOLM C. WEEKS

1. This supplements the statement I provided to Ronald Blocker on May 2, 2003. When Cheryl Davis showed me the personnel information on the computer, she was still working in Building 74 in the Investigations Section. It was after this incident that Special Agent Davis was moved temporarily to Building 202 and an investigation commenced. If the Office of Inspector General report indicates that Davis accessed the information in January of 2003, I have no reason to dispute this fact. Since I provided my statement on May 2, 2003, more than 4 months after the incident, the February 19, 2003 date was likely an error.

1

MCW 10/24/06

2. Outside of the one occasion mentioned in my May 2, 2003 statement, I never viewed information located on the K drive. In fact, I did not have access to this drive in 2003, nor at any other time.

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on 10/24/06

MALCOLM C. WEEKS