Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**...IFICATION OF PERSONNEL ACT...**

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| DAVIS, CHERYL E. | 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 | 05-09-1958 | 01-12-2003 |

**FIRST ACTION** | **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 895 | Locality Payment | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| VGR | 5 U.S.C. 5304 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| Criminal Investigator | Criminal Investigator |
| WW0M128 – 10 | WW0M128 – 10 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 1811 | 12 | 03 | $76,561.00 | PA | GS | 1811 | 12 | 03 | $77,428.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $54,942.00 | $6,307.00 | $61,249.00 | $15,312.00 | $54,942.00 | $7,000.00 | $61,942.00 | $15,486.00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| Public Buildings Service | Public Buildings Service |
| Federal Protective Service Division | Federal Protective Service Division |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 – None  3 – 10-Point/Disability  5 – 10-Point/Other | 0 – None  2 – Conditional | | YES   X NO |
| 2 – 5-Point  4 – 10-Point/Compensable  6 – 10-Point/Compensable/30% | 1 – Permanent  3 – Indefinite | | |
| 1 | 1 | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Q1  Basic + Option B (3x) + Option C (1x) | 9  Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| M  M – FERS and FICA-Special | 10-30-1983 | F  Full-Time | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 – Competitive Service  3 – SES General | E – Exempt | 192.P1130300.61.11.000.001.05 | 8888 |
| 2 – Excepted Service  4 – SES Career Reserved | N – Nonexempt | | |
| 1 | E | | |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| WPS | W7808 | 0000 | 12.74 | Critical Sensitive (CS) National Security Risk |

45. Remarks

Salary includes a locality-based payment of 12.74%.

The amount in Block 20B represents an increase in your Locality Adjustment from 11.48% to 12.74%.

Salary in block 20 includes availability pay of $15,486.00.


EXHIBIT 34

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| General Services Administration | Electronically Signed by: Frances L. Stephens |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | Director, Consolidated Processing Center |
| GS03 | 1909 | 05-03-2003 | |

5-Part 50-316                                                 Editions Prior to 7/91 Are Not Usable After 6/30/93
TURN OVER FOR IMPORTANT INFORMATION                          NSN 7540-01-333-6238