Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**...IFICATION OF PERSONNEL ACTI...**

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| DAVIS, CHERYL E. | 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 | 05-09-1958 | 01-11-2004 |

### FIRST ACTION | SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 002 | Correction | 894 | Pay Adjustment |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| UNM | E.O. 13332 dtd 03-MAR-2004 | QWM | Reg 531.205 |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|  |  | ZLM | E.O. 13322 dtd 30-DEC-2003 |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| Criminal Investigator WW0M237 - 2 | Criminal Investigator WW0M237 - 2 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 1811 | 12 | 04 | $79,846.00 | PA | GS | 1811 | 12 | 04 | $83,376.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $56,659.00 | $7,218.00 | $63,877.00 | $15,969.00 | $58,188.00 | $8,513.00 | $66,701.00 | $16,675.00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| Border and Transportation Security<br>Bureau of Imm'n & Customs Enforcement<br>Federal Protective Service Division<br>Threat Management Branch | Border and Transportation Security<br>Bureau of Imm'n & Customs Enforcement<br>Federal Protective Service Division<br>Threat Management Branch |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30% | 1 — 0-None, 1-Permanent, 2-Conditional, 3-Indefinite |  | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Q1  Basic + Option B (3x) + Option C (1x) | 9  Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| M  M - FERS and FICA-Special | 10-30-1983 | F  Full-Time |  |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved | E  E-Exempt  N-Nonexempt | 992.P1130300.61.11.000.001.05 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| WPSO | HS803 | 0000 | 14.63 | Critical Sensitive (CS) National Security Risk |

**45. Remarks**

Salary in block 20 includes availability pay of $16,675.00.

Locality Percent increased from 13.43% to 14.63%.

Corrects item 20A from 57,510.00.

Corrects item 20B from 7,724.00.

Corrects item 20C from 65,234.00.

Corrects item 20D from 16,308.00.

Corrects item 20 from 81,542.00.


EXHIBIT 35

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Department of Homeland Security | Electronically Signed by: Frances L. Stephens<br>Deputy Director, Consolidated Processing Center |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| HSBB | 1282 | 04-04-2004 |

5-Part 50-316     TURN OVER FOR IMPORTANT INFORMATION     Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238