

EXHIBIT
40

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

CHERYL DAVIS,                )
                            )
    Plaintiff           )
                            )
v.                          )        Civil Action No. 05-1423 (HHK)
                            )
MICHAEL CHERTOFF, SECRETARY )
UNITED STATES DEPARTMENT OF )
HOMELAND SECURITY,          )
                            )
    Defendant           )
                            )
                            )

## DECLARATION OF JUDY MALTBY

1. My position is Chief, EEO Complaints Program Management Office. My office maintains records of all EEO complaints filed by Federal Protective Service employees nationwide.

2. My records reveal that Allison Poore engaged in EEO activity in fiscal year 2002. She filed a complaint on November 29, 2001 and her case was closed on March 28, 2002. See attached. I have no record of any EEO activity by Malcolm Weeks.

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on 11/1/06                          _Judy Maltby_
                                            JUDY MALTBY

1

 **GSA National Capital Region**

December 14, 2001

Ms. Allison P. Poore
9843 Whiskey Run
Laurel, Maryland 20723

Ref: EEO Complaint of Discrimination Filed by Allison P. Poore,
     GSA Case Number 02-NCR-WP-APP-5

Dear Ms. Poore:

On December 6, 2001, I sent you a letter acknowledging receipt of your formal complaint reference above. In my letter I informed you that your complaint was under review for acceptance/dismissal. After reviewing your formal complaint and the Equal Employment Opportunity (EEO) Counselor' Report, it has been determined that additional information is needed to clarify your claim(s) before an acceptance/dismissal decision can be issued.

Your initial contact with the EEO Office was on October 3, 2001. You provided October 2, 2001, as the most recent alleged discriminatory event (when you received a letter from Ronald Blocker requesting further medical documentation regarding your fitness for duty). The case was forwarded to an EEO Counselor and the initial interview was conducted on October 18, 2001. The EEO Counselor was unable to resolve the complaint informally. On November 29, 2001, EEO Counselor conducted the final interview and provided you with the Notice of Right to File a Discrimination Complaint. A copy of the Counselor's Report is enclosed.

You filed your formal complaint on November 29, 2001. In your complaint, you provided the following claim; "continually harassed from June 2000 to Oct 2, 2001, causing a hostile working environment and undue stress."

On the formal complaint form, under Box 5 (Description of Discrimination), numbers 2 and 3 gives the following instructions; "(2) provide the date(s) of alleged discriminatory acts(s); and (3) furnish specific factual information in support of each. Use additional blank sheets of paper, if necessary."

U.S. General Services Administration
301 7th Street, SW
Washington, DC  20407-0001
www.gsa.gov

-2-

After reviewing your formal complaint and the counselor's report, it has been determined that the information you provided in your formal complaint is insufficient to make a determination of acceptance/dismissal. Therefore, to ensure that your complaint is properly addressed, please follow the outline in block 5 of GSA Form 3467, Formal Complaint of Discrimination, and **provide specific, factual information, with dates, in support of your allegation of continuous harassment from June 2000 to October 2, 2001.**

Part 1614.107 Dismissal of complaints states in part...

"The agency shall dismiss a complaint or a portion of a complaint:

(g) Where the agency has provided the complainant with a written request to provide relevant information or otherwise proceed with the complaint, and the complainant has failed to respond to the request within 15 days of its receipt or the complainant's response does not address the agency's request, provided that the request included a notice of the proposed dismissal..."

**Please submit the requested information within <u>fifteen calendar days upon receipt of this letter</u>** to Ms. Avis B. Johnson, Regional EEO Director, General Services Administration, National Capital Region, EEO Office (WAD-E), 7th & D Streets, SW., (ROB/7002), Washington, DC 20407. **Failure to respond to this request may result in your claim being dismissed in accordance with 29 Code of Federal Regulation, Part 1614.107(g).**

If you have any questions or need assistance regarding this matter, please do not hesitate to contact me at (202) 708-8588.

Sincerely,

Avis B. Johnson
Regional EEO Director

Enclosure

cc: James M. Taylor (AK)