UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
CHERYL DAVIS,                          )
                                       )
         Plaintiff,                    )
                                       )
    v.                                 )   Civil Action No. 05-1423 (HHK)
                                       )
MICHAEL CHERTOFF, SECRETARY,           )
U.S. DEPARTMENT OF HOMELAND SECURITY,  )
                                       )
         Defendant.                    )
_____ )   November 13, 2006

**PLAINTIFF'S NOTICE OF ERRATA TO MOTION
REQUESTING LEAVE OF COURT FOR PERMISSION TO FILE A SURREPLY
MEMORANDUM OF LAW AND SUPPORTING DOCUMENTS**

Cheryl Davis, the plaintiff in the above matter, (hereinafter Ms. Davis or the plaintiff), by her counsel, hereby files notice of errata to his previous motion for permission to file a surreply memorandum of law and supporting documents to the defendant's reply to its motion for summary judgment. Plaintiff's counsel incorrectly stated that defendant's counsel did not oppose the motion. In fact, she did.

Before filing the motion, plaintiff's counsel sent an email to defense counsel asking her for her position on the motion. Defense counsel left a message on plaintiff's counsel's voice mail. When counsel played back the message it sounded like counsel said that she *wouldn't* oppose the motion. In fact, in a conversation with defense counsel today, she indicated that her message said she would oppose the motion.

Because of this mistake, in all fairness, the Court should re-consider its ruling on the motion. It should either re-decide the motion with the understanding that the defendant has objected to the motion and/or allow the defendant to file an opposition before deciding the

motion.

                    Respectfully submitted,
                    FOR PLAINTIFF,


                    _/s/ Jonathan L. Gould_____
                    Jonathan L. Gould D.C Bar # 491052
                    Kestell & Associates
                    1012 14th Street, NW, Suite 630
                    Washington, DC 20005
                    202 347-3889  202 347-4482
                    email jgould@igc.org