# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHERYL DAVIS, )<br><br>  Plaintiff, )<br><br> v. )<br><br>MICHAEL CHERTOFF, SECRETARY, )<br>U.S. DEPARTMENT OF HOMELAND SECURITY, )<br><br>  Defendant. ) | Civil Action No. 05-1423 (HHK)<br><br><br>November 21, 2006 |

### PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION MOTION REQUESTING PERMISSION TO FILE A SURREPLY MEMORANDUM OF LAW AND SUPPORTING DOCUMENTS

The plaintiff's files this short reply to the defendant's opposition to its motion for leave to file her surreply memorandum and supporting documentation. Contrary to the defendant's arguments, the arguments in the plaintiff's proposed surreply memorandum of law are addressed to specific issues that the defendant argued at length only for the first time in its reply brief. Therefore, the surreply is appropriate.

The plaintiff has also added another legal argument to her proposed memorandum that most certainly was brought up for the first time in the defendant's reply brief. (See Def.'s Reply Memorandum, pp. 16-17 and compare to Def.'s Initial Memorandum, pp. 9-15). This argument involves the claim that the plaintiff did not set forth a prima facie case of retaliation allegedly because there was a four-month time lapse between the filing of her initial EEO complaint and the adverse actions taken against her. The Court should allow the filing of the surreply memorandum to allow the plaintiff to address this argument alone.

Finally, because the Court has already set a deadline to file the memorandum that falls a day

after the Thanksgiving holiday, when plaintiff's counsel will be out of the office, the plaintiff is filing his proposed surreply memorandum as an attachment to this reply. Should the Court decide to consider the memorandum and supporting documentation, the plaintiff has no objection if the Court allows the defendant to file another response.

        Respectfully submitted,
        FOR PLAINTIFF,


By  _/s/ Jonathan L. Gould_____
    Jonathan L. Gould
    D.C Bar # 491052
    Bianca Karim
    DC Bar # 497834
    Kestell & Associates
    1012 14th Street, NW, Suite 630
    Washington, DC 20004
    202 347-3889  202 347-4482
    email jgould@igc.org