
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CHERYL E. DAVIS )
4507 Dallas Place, )
Temple Hills. #202, )
MD 20748 )
     Plaintiff, )
)
v. ) Civil Action No. 05-1423 (HHK)
)
MICHAEL CHERTOFF, SECRETARY )
U.S. DEPT. OF HOMELAND SECURITY ) November 20, 2006
Washington, DC 20528-5072 )
)
     Defendant )

---

## DECLARATION OF CHERYL E. DAVIS

1. My name is Cheryl E. Davis and I am the Plaintiff in the above referenced case. I am over 21 years old and understand the oath that I am taking to tell the truth under penalty of perjury.

2. I worked with Special Agent Allison Poore in the Criminal, Intelligence and Investigation Section of the Federal Protective Services (FPS) in the Department of Homeland Security (DHS) from around 1989 to 2004.

3. Around 2000, Ms. Poore asked me to be a witness in an EEOC complaint against our supervisor Special Agent Ronald Blocker. She filed a compliant against Blocker for discrimination based on race.

4. In January 2003, I found a list of the individuals who were promoted to GS-12 positions in the office in one of the drives in my computer. According to the list management promoted all the Special Agents in the Criminal, Intelligence and Investigations Section to GS-12 positions except for Ms. Poore.

5. After I told Ms. Poore that she was not on the list on individuals who were being promoted to GS-12, she told me that Special Agent Anderson Wright told her to complain about me to Mr. Blocker. Wright told Poore that if she did not complain about my viewing personnel information on my computer to Blocker, then he would complain about Ms. Poore viewing the information on her own computer. Ms. Poore told Blocker that she was "being used" by Wright because Wright threatened to initiate an investigation against her if she did not complain about me to management.

Exhibit 1                                  1

6. I worked with Special Agent Anderson Wright for the Federal Protective Services since 1999. Around July 2002, Wright and I were promoted to GS-1811-12 Criminal Investigator (CI) with the Federal Protective Services (FPS), Immigration and Customs Enforcement (ICE), National Capitol Region. Despite the fact that I had more experience in criminal intelligence and more time in the GS-1811 series, Wright was assigned as the Regional Intelligence Agent and I was assigned as his Deputy. In my absence, Wright would be the most senior Special Agent eligible to assume duties and responsibilities that would enable him to advance his career.

7. On January 21, 2003, Mr. Ronald Blocker reassigned me to administrative duties for approximately five months after accusing me of "improperly accessing private and confidential personnel information relating to others."

8. During these five months, Mr. Wright was the only senior GS-12 Special Agent in the Division. Mr. Wright was assigned as the Acting Supervisory Special Agent when Mr. Winbush retired. Because I was assigned to administrative duties, I was not assigned as the Acting Supervisor despite the fact that I had more experience in criminal intelligence and more time in the GS-1811 series.

9. In May 2003, I was returned to my investigation duties. Shortly thereafter, Ms. Poore was called into the management office for concerns regarding her leave and attendance. To the best of my knowledge Ms. Poore did not return to the office for the rest of the year. Around the same time, there was discussion among several Agents regarding Ms. Poore's proposed termination. Sometime in 2004, Ms. Poore returned to the office and cleared her desk after she was terminated.

10. In 2004, Wright applied to a GS-13 position at the Office of Professional Responsibility, ICE. Because of his position as an Acting Supervisor in the Division, he was already performing duties commensurate with a GS-13 position. Because of my reassignment to administrative duties for five of the first twelve months of my service as a GS-12 and the letter of warning in my personnel file, I was unable to be a competitive applicant for GS-13 positions.

I have carefully read the foregoing and swear that it is true and correct under penalty of perjury.

_____ 11-20-06
Cheryl E. Davis    (date)

Exhibit 1                                    2