IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHERYL DAVIS,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1423 (HHK) |
| ) | |
| **MICHAEL CHERTOFF, SECRETARY** ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **HOMELAND SECURITY,** ) | |
| ) | |
| Defendant ) | |

**ORDER**

UPON CONSIDERATION OF Defendant's Motion Requesting Leave of Court for Permission to File a Reply to Plaintiff's Surreply and for good cause shown, it is hereby

ORDERED that Defendant's motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

cc:
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

Jonathan Gould
Bianca Karim
KESTELL & ASSOCIATES
1012 14th Street, NW, Suite 630
Washington, DC 20005