IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, SECRETARY )<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendant )<br>)<br>) | Civil Action No. 05-1423 (HHK) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves for an extension of time to file its Reply to Plaintiff's Surreply up to and including January 10, 2007. Plaintiff does not object to this request for an enlargement of time.

Counsel has now learned that the government will be closed on January 2, 2007 due to the funeral of former President Gerald Ford. With this government closing, and counsel's scheduled leave on January 3-5, 2007, counsel is unable to complete the coordination and discussions with the agency for a filing on January 8, 2007. Accordingly, counsel requests a brief two day extension up to an including January 10, 2007 to respond to Plaintiff's Surreply.

This request for an enlargement is made in good faith and is in no way designed to delay the proceedings.

Wherefore, it is respectfully requested that Defendant be permitted to file its Reply to Plaintiff's Surreply up to and including January 10, 2006.

Respectfully submitted,


   /s/
Jeffrey A. Taylor, D.C. Bar # 498610
United States Attorney

   /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

   /s/
WYNEVA JOHNSON, DC Bar# 278515
Assistant United States Attorney