IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHERYL DAVIS,** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**MICHAEL CHERTOFF, SECRETARY** )<br>**UNITED STATES DEPARTMENT OF** )<br>**HOMELAND SECURITY,** )<br>)<br>Defendant )<br>) | Civil Action No. 05-1423 (HHK) |

## ORDER

UPON CONSIDERATION OF Defendant's Consent Motion for a Further Enlargement of Time, and for good cause shown, it is hereby

ORDERED that Defendant's motion is GRANTED. It is

FURTHER ORDERED that Defendant shall file its Reply to Plaintiff's Surreply on January 10, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

Jonathan Gould
Bianca Karim
KESTELL & ASSOCIATES
1012 14th Street, NW, Suite 630
Washington, DC 20005