U.S. GENERAL SERVICES ADMINISTRATION

OFFICE OF EQUAL EMPLOYMENT OPPORTUNITY

REPORT OF INVESTIGATION

I. **DESCRIPTION OF COMPLAINT**

| | |
|---|---|
| Name of Complainant and Case Numbers: | Cheryl E. Davis<br>02-NCR-WP-CED-27 and 03-NCR-WPS-CED-11 |
| Job Title and Grade of Complainant's Position: | Criminal Investigator, GS-1811-12 |
| Name and Location of Agency and Unit Involved in Complaint: | U.S. General Services Administration<br>Federal Protective Service (FPS)<br>Criminal Investigation Division<br>(WPSOD)<br>S.E. Federal Center, Building 74<br>3rd & M Streets, S.E.<br>Washington, D.C. 20407 |
| Dates of Alleged Discrimination: | July 26, 2002<br>June 24, 2002<br>August 16, 2002<br>August 17 & 18, 2002 |
| Kind of Discrimination Alleged: | Race (African American), Age (DOB: 05/09/1958), Reprisal (Prior EEO activity - 1994), Retaliation in Reprisal (EEO claim 9/03) |
| Nature of Action, Decision, or Condition Giving Rise to Complaint: | Disparate Treatment and Retaliation in Reprisal |

II. **DESCRIPTION OF INVESTIGATION**

| | |
|---|---|
| Identity of Investigator: | June Walden Yeager<br>CompuCon Incorporated |
| Dates of Investigation: | October 8, 2002 through July 18, 2003 |
| Place of Investigation: | Washington, D.C. |

Exhibit 2                                                          1