

GSA National Capital Region

JAN 21 2003

MEMORANDUM FOR REGIONAL INSPECTOR GENERAL FOR
                              INVESTIGATIONS - JIW

FROM:           PATRICK D. MOSES   *Patrick D. Moses*
                ACTING DEPUTY DIRECTOR
                FEDERAL PROTECTIVE SERVICE - WPS

SUBJECT:        Letter of Referral

Pursuant to the provisions of GSA Order ADM 2640.1, the following information is referred to you for investigative consideration:

On January 17, 2003, Special Agent Anderson Wright, FPS Criminal Intelligence and Investigations Section (CIIS) reported to me that he was told by another agent that Special Agent Cheryl DAVIS had accessed the "K" drive in the computer system for the purpose of learning what personnel actions were being initiated within the CIIS. In doing so, DAVIS discovered that personnel actions were being pursued to promote the GS-1811-11s to GS-1811-12s with the exception of one agent. DAVIS is alleged to have informed that agent of the proposed promotions. SHE further instructed the agent on how to access the "K" drive. In speaking with Ron Blocker, Special Agent In Charge, CIIS, on this matter, he advised that this drive is not utilized by the CIIS but the FPS Support Services Branch for tracking personnel actions and related matters pertaining to them. Further, that DAVIS' actions were not in performance of HER official duties nor was SHE authorized by him to access the "K" drive. It is unknown whether any other information was obtained or printed from this unauthorized use.

Due to the position of DAVIS, it requested that your office conduct an investigation in to this matter.

If you have any questions or require any additional information, please feel free to contact Ron Blocker on telephone number (202) 690-9315.

1. __X__ JI-W will investigate.

U.S. General Services Administration
301 7tth Street, SW
Washington, DC 20407-0001
www.gsa.gov

2. \_\_\_\_\_JI-W will accept information and refer to the appropriate Office of Inspector General of the Agency having primary interest in this matter.

3. \_\_\_\_\_JI-W will not investigate and defers further investigation to the FPS. If subsequent investigation indicates involvement of a GSA employee, or one not previously identified, a new referral should be initiated.

4. \_\_\_\_\_Upon completion of the criminal investigation, FPS will forward a copy of the report to JI-W.

5. \_\_\_\_\_JI-W accepts information and will refer to the appropriate GSA management official. No further investigation is required by the FPS.

6. \_\_\_\_\_Other:_____

ACKNOWLEDGMENT: _Gregory G. Rowe_  _1/22/03_
                Signature, RIGI, JI-W           Date

U.S. General Services Administration
301 7tth Street, SW
Washington, DC 20407-0001
www.gsa.gov

FOR OFFICIAL USE ONLY
U.S. GENERAL SERVICES ADMINISTRATION
Office of Inspector General



April 9, 2003

MEMORANDUM FOR: JOSEPH TRINDEL
DIRECTOR FEDERAL
PROTECTIVE SERVICES

FROM: GREGORY G. ROWE
REGIONAL INSPECTOR GENERAL
FOR INVESTIGATIONS (JI-W)

SUBJECT: Report of Investigation re:
Cheryl DAVIS

FILE No.: I-03-0065

This memorandum presents the findings of our investigation regarding the captioned matter, and is furnished to you for any action you may deem appropriate.

On January 24, 2003, our office received a letter of referral dated January 21, 2003 (Attachment# 1), regarding Special Agent (SA) Cheryl DAVIS, FPS Criminal Intelligence and Investigations Section (CIIS). It was alleged that DAVIS accessed the "K" drive on the computer system for the purpose of learning what personnel actions were being initiated within CIIS and instructed other agents on how to access it. The Federal Protective Service (FPS) Support Services Branch used the "K" drive to track personnel actions and related matters. Further, it was reported that DAVIS' actions were not in the performance of HER official duties nor was SHE authorized by Ronald Blocker, (FPS), Supervisory Criminal Investigator, Special Agent In Charge, to access the "K" drive. It was unknown whether any other information was obtained or printed from this unauthorized use.

On February 4, 2003, SA Crystal L. Johnson, Washington Field Investigations Office, interviewed Blocker (Attachment# 2). Between January 19, 2003 and January 20, 2003, FPS, SA Malcolm Weeks informed Blocker that DAVIS showed him and other CIIS personnel data located on the "K" drive. Weeks stated the information DAVIS showed him included suspension letters and a list of CIIS personnel who were eligible for promotion. After DAVIS showed Weeks the data SHE asked him not say anything to management.

On January 21, 2003, SA Allison Poore, FPS, informed Blocker that DAVIS showed her how to log onto the "K" drive and retrieve various disciplinary actions. Poore informed Blocker that after DAVIS showed her the disciplinary actions, DAVIS asked her not to say anything to management.

FOR OFFICIAL USE ONLY

On January 22, 2003, Blocker met with DAVIS and informed HER he was aware SHE gained access to the "K" drive. DAVIS informed Blocker that accessing the "K" drive was not unauthorized. Blocker then met with FPS, Computer Coordinator, Deborah Norton, and requested that DAVIS' access to the computer be revoked. Blocker then reassigned DAVIS to room 202, pending an investigation.

On March 25, 2003, SA Marie Y. Ingol, JI-W, telephonically contacted Norton to ascertain if DAVIS gained unauthorized access to the "K" drive (Attachment #3). Norton informed SA Ingol that DAVIS was one of seven people in CIIS authorized to access the "K" drive. Norton sent SA Ingol an email of CIIS personnel authorized to access the "K" drive (Attachment# 4). Norton said she informed Blocker that DAVIS was authorized to access the "K" drive. Blocker told Norton that DAVIS accessed the personnel folder on the "K" drive. Blocker then instructed Norton to confiscate DAVIS' computer, and terminate HER access. Norton stated she also told Blocker there were no restrictions set on the personnel folder. On January 21, 2003 Norton confiscated DAVIS' computer and terminated HER domain account. Norton discovered that DAVIS copied the SF-52 list from the personnel folder to HER "H" drive, which is the user drive, located on HER computer. The "H" drive could be accessed only by DAVIS from HER computer and by Norton as the system administrator. Norton stated the personnel folder was not password protected and it contained information maintained by Human Resources and the support staff.

In summary, the investigation revealed that DAVIS was an authorized user of the "K" drive and therefore did not gain unauthorized access to the drive. The "K" drive was utilized by a number of sections within FPS, CIIS included. A number of applications were available on the "K" drive. In particular, Enterprise Information Systems, a database that contained GSA building information, used commonly by CIIS. There was also a folder labeled "personnel" located on the "K" drive. It was maintained by FPS Human Resources Office and the support staff in order to track personnel actions and related matters pertaining to them. Norton said DAVIS copied the SF-52 list from the personnel folder to her "H" drive, the user drive, located on HER computer. However, The personnel folder was not password protected. There were no restrictions to prevent DAVIS from accessing it and DAVIS took no extraordinary measures to access the personnel folder.

Based on the aforementioned information we are referring this investigation back to your office for any further administrative and/or other actions you deem necessary.

You are advised that this report is from a system of records known as "GSA/ADM 24, Investigation Case Files," which is subject to the provisions of the Privacy Act of 1974. Consequently, this report may be disclosed to appropriate GSA officials who have a need for it in the performance of their duties pursuant to a routine use.

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY

| REPORT INSERT – OFFICE OF INSPECTOR GENERAL MEMORANDUM OF INTERVIEW ||
|---|---|
| INTERVIEW OF: Ronald Blocker | DATE OF INTERVIEW February 4, 2003 |

On February 4, 2003, the Reporting Agent interviewed Federal Protective Service (FPS), Supervisory Criminal Investigator (CI) Ronald Blocker. During the interview Blocker provided the following information:

Between January 19, 2003 and January 20, 2003, FPS, CI Malcom Weeks informed Blocker that FPS CI Cheryl DAVIS went around the office and showed other CI's personnel data SHE located on the K drive. Weeks stated that the information DAVIS showed him included suspension letters and CI's eligible for promotion. After DAVIS showed Weeks the data SHE said don't say anything to management.

On January 21, 2003, FPS CI Allison Poore met with Blocker. Poore logged on to the K drive and retrieved various disciplinary actions. Poore informed Blocker that after DAVIS showed Poore the disciplinary actions SHE said don't say anything to management.

On January 22, 2003, Blocker met with DAVIS and informed HER that he was aware that DAVIS gained access to the K drive. As a result, Blocker was reassigning her to room 202, pending an investigation. DAVIS informed Blocker that accessing the K drive was not unauthorized. Blocker then went to FPS, Computer Coordinator Deborah Norton, and requested that DAVIS' access to the computer be revoked.

| FILE NUMBER | REPORTING AGENT | DATE PREPARED | SUPERVISOR |
|---|---|---|---|
| I030065 | SA Crystal L. Johnson | February 4, 2003 | |
| OTHER ADMINISTRATIVE INFORMATION (Use continuation sheet, GSA Form 9506-C) ||||
| General Services Administration | FOR OFFICIAL USE ONLY || GSA FORM 9506-A (Rev 7-98) |

FOR OFFICIAL USE ONLY

| REPORT INSERT – OFFICE OF INSPECTOR GENERAL MEMORANDUM OF INTERVIEW ||
|---|---|
| INTERVIEW OF:<br><br>Deborah Norton | DATE OF INTERVIEW<br><br>March 25, 2003 |

On March 25, 2003, Special Agent (SA) Marie Y. Ingol of the Washington Field Investigations Office telephonically contacted Deborah Norton, Contractor, Information Technology Division (WPI), 202-690-9529 to ascertain if DAVIS gained unauthorized access to the "K" drive.

Norton said she disabled DAVIS' domain account at Supervisory Criminal Investigator (CI), Ronald Blocker's request. Norton stated the "K" drive is not a restricted drive and that everyone in Blocker's office has access to it. Norton said the Enterprise Information Systems (EIS) used by the Federal Protective Service (FPS) to retrieve building information is located on the "K" drive. Norton stated everyone in Blocker's office has access to EIS and therefore has access to everything on the "K" drive. Norton said the information DAVIS accessed, was a folder labeled "personnel" however SHE did not take any unauthorized steps to access it. SA Ingol asked Norton if DAVIS accessed the personnel folder between January 19, 2003 and January 20, 2003. Norton stated when someone accesses the drive the computer automatically overrides the previous access information. SA Ingol requested Norton to provide an email containing a list of individual's in Blocker's office who has access to the "K" drive, a list of the information stored on the "K" drive, and to check to see if DAVIS copied the information from the personnel folder to another location.

| FILE NUMBER | REPORTING AGENT | DATE PREPARED | SUPERVISOR |
|---|---|---|---|
| I030035 | *Marie Y. Ingol* (signature)<br>SA Marie Y. Ingol | March 25, 2003 | (signature)<br>ARIGI Sylvia Bergstedt |
| OTHER ADMINISTRATIVE INFORMATION (Use continuation sheet, GSA Form 9506-C) ||||
| General Services Administration | FOR OFFICIAL USE ONLY || GSA FORM 9506-A (Rev 7-98) |