IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS,<br><br>　　　Plaintiff<br><br>　　v.<br><br>MICHAEL CHERTOFF, SECRETARY<br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>　　　Defendant | Civil Action No. 05-1423 (HHK) |

## DECLARATION OF KEVIN M. PAGE, SR

1. I have been the Chief of Internal Affairs (now Policy Compliance Unit), Federal Protective Service, Immigration and Customs Enforcement since April 6, 2003.

2. In March of 2004, I issued a vacancy announcement for the position of GS-1811-13 Criminal Investigator in the Office of Internal Affairs. In order to qualify for the position, only one year of investigative experience at the GS-1811-12 level was required.

3. I was the selecting official for this position. I received a certificate of referral from the Human Resources Office on May 24, 2004 listing the best-qualified candidates for the position. Ms. Cheryl Davis was not on the list of best-qualified candidates.

4. One of the applicants for this position was Anderson Wright, who at the time was a GS-1811-12 at the Federal Protective Service, National Capital Region. This was a competitive promotion for Mr. Wright, not a career ladder promotion. He had to apply and compete for the position. I selected Mr. Wright for the position on May 28, 2004.

5. In making my selection, I relied solely on the applications submitted. I did not review any Official Personnel Folders. The main KSA of the position was investigative experience with a concentration in internal affairs – i.e. misconduct investigations of agency employees. Supervisory experience was not a requirement of the position.

6. At the time of the selection, I did not know Cheryl Davis. I was not aware that she had been temporarily reassigned in 2003 pending an investigation nor that she had received a letter of warning for misconduct in 2003.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on 1/5/07

KEVIN M. PAGE, SR