IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHERYL DAVIS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1423 (HHK) |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## DECLARATION OF ANDERSON K. WRIGHT

1. This responds to the November 20, 2006 Affidavit of Cheryl Davis.

2. In late June 2004, I was promoted from a GS-1811-12 to a GS-1811-13 position at the Federal Protective Service Headquarters Office of Internal Affairs. This was a competitive promotion, not a career ladder promotion. In other words, I had to apply and compete against other applicants for the position. At the time I applied for the position, I had considerable experience conducting internal affairs investigations and I had also successfully completed internal affairs training in 2000. To my knowledge, Ms. Davis had no experience or training in internal affairs.

3. I was appointed as an acting supervisor in 2003 when I was a GS-12 but received no increase in pay. At the time I was appointed, there were several other GS-12 Special Agents in the office, several of whom were senior to Ms. Davis, including Luis Martinez, Jerry McGill, and Malcolm Weeks. We all had the opportunity to act as supervisor in the absence of the permanent supervisors.

1

4. I never told Allison Poore that if she did not complain about Davis' viewing personnel information on Davis' computer to Ronald Blocker, then I would initiate an investigation against her or would complain about Poore's viewing personnel information on her own computer. As previously stated, I never witnessed Allison Poore viewing information on her own computer, nor did she state that she had done so. I learned about Davis' actions from Poore and other investigators in the office and reported Davis myself.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on Jan 05, 2007

ANDERSON K. WRIGHT

2