# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1423 (HHK) |
| ) | |
| MICHAEL CHERTOFF, SECRETARY ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant ) | |
| ) | |

## DECLARATION OF KATHLEEN HOLTKAMP

1. I am a Staff Assistant for Customs and Border Protection, Laguna Service Center. My office provides staffing and other personnel services to Immigration and Customs Enforcement.

2. My office retains the promotion records for Vacancy Announcement No: 040023512MP, GS-1811-13 (attached). The position was advertised in March of 2004. In order to be considered qualified for the position, applicants were required to demonstrate at least one year of specialized experience at the GS-12 grade level. Supervisory experience was not a requirement for the position.

3. According to the records, Cheryl Davis did not apply for the position (see attached list of applicants).

4. Mr. Anderson Wright applied for the position and was selected on May 28, 2004. The SF-52 for the action reveals that he was appointed to the position on or about June 27, 2004.

*KH* 1/5/07

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

KATHLEEN HOLTKAMP

Executed on 1/5/2007

**General Services Administration**

**Vacancy Listing Report**

---

**Vacancy Number:** 040023512MP
**Vacancy Description:** Criminal Investigator

  # **Vac/Duty Loc 1:** 1, Washington DC Metro Area, DC

  # **Vac/Duty Loc 2:**

  # **Vac/Duty Loc 3:**

   **Series/Grade:** GS-1811A-13/13
   **Hiring Agency:** IMMIGRATION & CUSTOMS ENFORCEMENT, BUREAU OF

**Contact Information:** Felecia Butler, 202-208-2998, felecia.butler@gsa.gov
**Promotion Potential:** GS-13

   **Date Opened:** 3/12/04               **Date Closed:** 3/13/04
      **Salary:** 72108  - 93742


**Information:**
Vacancy Location:
Department of Homeland Security (DHS), Bureau of Immigration & Customs
Enforcement, Office of Federal Protective Service, Security and Technology
Division, 1800 F Street, NW, Washington, DC (nearest metro: Farragut West)

WHO MAY APPLY:  Candidates Governmentwide with Civil Service status,
reinstatement eligibility, persons eligible for non-competitive
appointment under special authorities, disabled persons and 30% disabled
veterans, preference eligibles or veterans who have been separated from the
armed forces under honorable conditions after 3 years or more of continuous
active service may apply.

Bargaining Unit Status:  None
This is a permanent position, 40 hours a week.

RELOCATION PAYMENT:
DHS will not pay travel, transportation, and relocation expenses.  Any
travel, transportation, and relocation expenses associated with reporting
for duty in this position will be the responsibility of the successful
applicant.

HOW TO APPLY ON-LINE.  Please read the ENTIRE vacancy announcement to
ensure that you comply with the application procedures.  Failure to submit
all of the required information will result in an incomplete application
and you will not be considered for this vacancy.

You must complete the following steps to apply for this position on-line:
(1) Register with General Services Administration's (GSAjobs) on-line
application system (note:  this is different than OPM's USA jobs system or
other Federal agencies that may be using a QuickHire system); (2) answer
the vacancy specific questions; and (3) provide the HR Office with the
necessary Supplemental Application Material.  More information is provided
below for all three steps.

---



1. REGISTRATION. Registration involves filling out an Applicant Profile that includes providing personal and work history information including a resume. Resumes may be input directly into the system or they can be copied and pasted into the system from a word processing program. This information is stored in our database so that you can update it as necessary. You can register without actually applying for a job vacancy but you cannot apply for a vacancy unless you have successfully registered including posting a resume. Click below to go the registration page: <A HREF="https://jobs.quickhire.com/Scripts/gsa.exe">Register Here</A>

2. ANSWER THE VACANCY SPECIFIC QUESTIONS. Read through the announcement carefully. We recommend that you view the vacancy questions prior to applying. You may also print the questions prior to applying. Generally, you must respond to all of the vacancy questions before you are able to save your application.  Submit the applicable Supplemental Application Material by mail, fax, or in person to the appropriate HR office listed in the announcement. After you have answered the vacancy announcement questions via GSAjobs, you will receive a message stating that your application has been received.

3. SUBMIT THE APPLICABLE SUPPLEMENTAL APPLICATION MATERIAL:  Submit the required supplemental application material by mail, fax, or in person to the appropriate HR office listed in the announcement.  A complete listing of the material that must reach the HR office is provided later in this announcement.

DUTIES OF THE POSITION:
THIS POSITION IS SUBJECT TO PERIODIC AND RANDOM DRUG TESTING, BASED ON THE REQUIREMENT TO OBTAIN AND MAINTAIN A TOP-SECRET CLEARANCE AND 40 USC 1315 AUTHORITY.

The function of the Law Enforcement Branch, Office of Federal Protective Service, is to establish policies, standards and procedures for conducting and carrying out a nationwide investigations program.  The purpose of this position is to serve as a Senior Criminal Investigator in the planning, organizing, and carrying out a comprehensive program of investigative activities principally conducted by the regional offices.  At the direction of higher management, the incumbent also conducts and, as required, suspense criminal investigations involving especially sensitive and complex issues.  The incumbent also assists the Branch Chief in the administrative and operational control and cognizance of all investigations conducted by regional counterparts by analyzing investigative results nationwide, determining situations or trends that might cause a future compliance problem.   Must have comprehensive, in-depth
knowledge of all DHS services, staff offices, and programs (both Central Office and in the Regions) in order to provide operational advice and technical guidance to field investigations offices.

# QuickHire.
Evaluate the people, not the paper.

# General Services Administration

## Vacancy Listing Report

Specialized Experience:
In order to be considered qualified, applicants must demonstrate, in their
resume and responses to questions, at least one year of specialized
experience equivalent to the GS-12 grade level. Specialized experience is
defined as follows:

An expert knowledge of Federal statues and DHS regulations, as well as
jurisdictional responsibility for major crime investigations, experience
with current and precedent court decisions, criminal rules of evidence,
constitutional rights, search and seizure procedures, arrest authority, and
court procedures to be followed in criminal matters, formal hearings and
administrative actions. Knowledge of specialized investigative techniques,
devices and procedures, techniques of self-defense, the use of firearms,
undercover and surveillance work, and the ability to deal with emergency
situations or deal effectively with individuals or group of persons.
Ability to work with a minimum of supervision; make decisions and design
programs to identify criminal trends, patterns, and methods of operations
within DHS facilities in an attempt to neutralize, correct, or deter
further criminal activities.

Applicants will be rated on the extent and quality of experience,
education, and training relevant to the duties of the position. Eligible
applicants will receive a numerical rating based on their responses to the
application questions for this position submitted on-line via GSAjobs
(QuickHire). These responses must be substantiated by the resume
submitted. Applicants who must compete under Merit Promotion regulations
and who are determined to be best qualified are referred to the Selecting
Official in alphabetical order. Applicants who do not respond to the
application questions may be rated ineligible.

Federal employees must meet time-in-grade requirements within 30 days of
the closing date of the announcement.

Conditions of Employment:

This position is designated as a secondary law enforcement officer for
purposes of retirement as defined in 5 U.S.C. 8336(c) and 8412(d).

THIS POSITION IS UNDER THE LAW ENFORCEMENT AVAILABILITY PAY ACT (LEAP) THAT
REQUIRES MANDATORY OVERTIME.

Employees with current 40 USC 1315 authority and those hired after July 1,
2002 must comply with the following conditions of employment:

The employee must successfully complete the designated medical testing
requirements; required training, which includes the basic Criminal
Investigator's Training Program at the Federal Law Enforcement Training
Center (FLETC); and other in-service requirements and weapons qualification
for the enforcement of arrest authority as conferred under 40 USC 1315

---

authority.

Must complete additional FPS established training and external leadership courses for this position; must qualify semi-annually (or as current policy dictates) in the use of firearms; and must be available for recurring travel.

Any applicant tentatively selected for this position will be required to submit to urinalysis to screen for illegal drug use prior to appointment. This position is also subject to subsequent random drug screening.

This position requires that criminal investigators work, or be available to work, substantial amounts of unscheduled duty based on the needs of the Agency.

If selected, you will be required to complete form OGE 450, Confidential Financial Disclosure Report, to determine if a conflict or an appearance of a conflict exists between your financial interest and your prospective position with DHS.

This position requires frequent overtime.

This position requires frequent travel.

Sensitive/Access:
Level 3 Top Secret, or Level 3 Critical Sensitive, or Level 3 Critical
This position is a critical-sensitive level 3 national security position. (Based on the requirement for access to classified information, and per GSA Order ADM P 9732.1C).
To work in this position, you must have undergone a single scope background investigation and the GSA security office must grant you a Top Secret national security clearance.  If you are not a GSA employee, the security office must grant the clearance before we can hire you.

Additional Information:

Individuals who have special priority selection rights under the GSA's Career Transition Assistance Program (CTAP)must be well qualified for the position to receive consideration for special priority selection. To receive this priority consideration, you must submit the required information outlined in the Supplemental Application Material section of this vacancy announcement.  Further information on CTAP can be viewed at http://www.opm.gov/ctap/index.htm

Well-qualified means the applicant meets the basic qualification and eligibility requirements and all selective factors, is assigned an "average" or above performance code level for knowledge, skills, and abilities or quality criteria, and is able to satisfactorily perform the duties of the position upon entry.



## Vacancy Listing Report

Reasonable accommodation:
DHS provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application or hiring process, please notify us immediately. The decision on granting reasonable accommodation will be on a case-by-case basis.

Misc :
DHS does not accept applications or application material that is received with Government-paid postage.

APPLICATION DEADLINES (NO EXCEPTIONS):

1. REGISTRATION DEADLINE: You must complete the entire registration process, including posting the resume in the GSAjobs system, before midnight Eastern Time on the closing date of the announcement. No extensions will be granted. If you fail to complete the registration process, your application will be rated incomplete and you will not be considered for this vacancy.
2. VACANCY QUESTIONS DEADLINE: You must answer the vacancy specific questions before midnight Eastern Time on the closing date of the announcement. No extensions will be granted.
3. SUPPLEMENTAL APPLICATION MATERIAL DEADLINE: All applicable supplemental application material must be received in the appropriate HR Office within 48 hours of the closing date of the vacancy announcement (Saturdays, Sundays, and Holidays not included). Your application will be considered incomplete and you will not be considered for the vacancy if all required information is not received within that 48-hour period. No exceptions.

Please note that if it is not possible for you to apply on line, a representative of the Human Resources Office listed on the announcement will provide assistance to ensure that your application is submitted on-line by the closing date. However, you must contact the Human Resources Office prior to the closing date during normal business hours (normally 8:00 a.m. - 4:00 p.m.) and speak to someone who can provide assistance for on-line submission. We recommend that you do not wait until the last day of the vacancy announcement. If the Human Resources Office determines that it is not possible for you to submit an on-line application, you will be given instructions on how to proceed at that time.   Paper applications submitted without prior HR approval will be considered as incomplete applications and will not be considered. No exceptions.

SUPPLEMENTAL APPLICATION MATERIAL (WHAT DOCUMENTS TO FILE DIRECTLY WITH THE HR OFFICE): Read the below instructions carefully. If you fail to submit the applicable supplemental application material, you will not be considered for this vacancy. The appropriate Human Resources Office must receive Supplemental Application Material within 48 hours of the closing date of the vacancy announcement (not including Saturdays, Sundays, &

---


Holidays). No exceptions.

Federal employees applying for transfer MUST submit a copy of their latest SF-50, Notification of Personnel Action, which shows current position, title, series, grade and career tenure. Generally, SF-50's for awards do not contain this information.

Reinstatement Applicants MUST submit a copy of the latest SF-50, Request for Personnel Action, that shows the position, title, series, grade and career tenure that entitles you to reinstatement consideration.

CTAP Candidates: Applicants claiming CTAP eligibility must submit proof that they meet the requirements of 5 CFR 330.605(a) for CTAP. This includes a copy of the agency notice, most recent SF-50 indicating current position, grade level, and duty station. Performance appraisal is optional. Please visit the following website for more information on CTAP eligibility requirements: www.opm.gov.

DO NOT SEND THE FOLLOWING TYPES OF INFORMATION: Unless the vacancy announcement specifically asks for examples of work products, samples, pictures, or training certificates do NOT submit them to the HR Office. They will not be forwarded to the official making the selection for this vacancy.

APPLICATION PROCEDURES:

It is important that you review the vacancy announcement and supplemental questionnaire prior to applying.

Applications submitted via GSAjobs must be received before midnight Eastern Standard Time on the closing date of the announcement. No extensions will be granted. If you fail to submit a COMPLETE on-line resume, you WILL NOT be considered for this position. If applying on-line poses a hardship to any applicant, the servicing Human Resources Office listed on the announcement will provide assistance to ensure that applications are submitted on-line by the closing date. Applicants MUST CONTACT the Servicing Human Resources Office PRIOR TO THE CLOSING DATE to speak to someone who can provide assistance for on-line submission.

Unless otherwise stated on this announcement, all required supplemental application material must be received within 48 hours of the closing date of the announcement (not including Saturdays, Sundays, or government holidays). This proof must be sent to either the contact address or fax number identified below and must include your name and the announcement number for which applying. Failure to follow the above instructions may result in your application not being considered.

WHERE TO SEND THE SUPPLEMENTAL APPLICATION INFORMATION:

# QuickHire.
### Evaluate the people, not the paper.

## Vacancy Listing Report

Send or Fax all supplemental application material to the following Human
Resources Office:

General Services Administration
Office of Human Resources (CPSP)
1800 F Street N.W., Room 1119
Washington, DC 20405
Attn: Felecia Butler
(202) 208-2398/Fax 202-219-0145

ALL APPLICANTS FOR FEDERAL EMPLOYMENT RECEIVE CONSIDERATION WITHOUT REGARD
TO RACE, RELIGION, COLOR, NATIONAL ORIGIN, SEX, POLITICAL AFFILIATION, AGE
(WITH AUTHORIZED EXCEPTIONS) OR ANY OTHER NONMERIT FACTOR.



**Staging Area Applicant Listing**
General Services Administration
**1811 Criminal Investigator**

**Vacancy Number:** 040023512MP
**Staging Area:** SA-GSA-0001, Created: 4/10/04 12:36:21 AM
**Ranking:** No Veteran's preference applied

**Grade: 13**



| Total | Applicant | SSN | Vet Type | Permanent Address |
|-------|-----------|-----|----------|-------------------|
| 100.00 | LARRY FULLER | | | |
| | *Unable to verify status* | | | |
| 100.00 | ANDERSON WRIGHT | | | |
| | *Unable to verify status* | | | |
| 100.00 | ROBERT WHISNANT | | | |
| | *Unable to verify status* | | | |
| 100.00 | CHRISTOPHER FIORA | | | |
| 100.00 | VICTORIA JONES | | | |
| 100.00 | JOSEPH BURTON | | | |
| | *Resume lacks details of spec exp* | | | |
| 100.00 | JOHN MORAN, JR. | | | |
| | *Resume lacks details of spec exp* | | | |
| 100.00 | INSUP SHIN | | | |
| 100.00 | DANIEL-LYNN | | | |
| | *Unable to verify status* | | | |
| 100.00 | ELTON HOWELL | | | |
| | *Unable to verify status* | | | |
| 99.18 | SCOTT HUNT | | | |





## Staging Area Applicant Listing
### General Services Administration
### 1811 Criminal Investigator

Vacancy Number: 040023512MP
Staging Area: SA-GSA-0001, Created: 4/10/04 12:36:21 AM
Ranking: No Veteran's preference applied



3/10 99.18  PAUL BOEHME

99.18  JAY MATHIEU
*Unable to verify status*

99.18  KEITH ROGERS
*Unable to verify status*

5/6 98.36  ROBERT WALTERS

5/6 98.36  NICHOLAS RAUDENSK
*Unable to verify status*

5/10 97.53  SPENSER THOMAS
*Resume lacks details of spec exp*

97.12  FREDRICK BRONISZ
*Resume lacks details of spec exp*

9/16 96.71  JUAN BULTED

96.71  SCOTT MOORE
*Unable to verify status*

5/10 96.71  KRISTEN HAMMOND
*Resume lacks details of spec exp*

95.89  FELIX MONTELARA

95.89  RICHARD SHANNON

95.48  ADRIANE CARTER

QuickHire®: Evaluate the People, Not the Paper.  All Rights Reserved.

Date:  5/2/04                                                      Page:2





# Staging Area Applicant Listing
## General Services Administration
## 1811 Criminal Investigator

**Vacancy Number:** 040023512MP
**Staging Area:** SA-GSA-0001, Created: 4/10/04 12:36:21 AM
**Ranking:** No Veteran's preference applied

| | | | | |
|---|---|---|---|---|
| 95.07 | ANDREW FANG | ███████ | ████████ | ████ |
| 95.07 | DAVID CHURNESKY | ████████ | ████████ | ████ |
| 95.07 | TOBE LUNSFORD | █████ | ████████ | ███ |
| 95.07 | ROBERT SALTZMANN | ██████ | ███████ | █████ |
| 93.42 | DALE HERR | █████████ | ███████ | ████ |
| 92.60 | EDGAR SARABIA | ██████ - | █████████ | ████ |
| 92.60 | MICHAEL STOUGH | ███████ | █████████ | ███ |
| 90.96 | MICHAEL ROOT | ████████ | ██████████ | |
| 90.96 | JOSEPH THOMAS | ███████ | █████████ | |
| 90.96 | STEVEN CALABRO | ████████ | █████████ | |
| 90.55 | RALPH PRUITT | █████████ | ███████ | |
| 90.14 | ELEANOR SCOTT | ████████ - | █████████ | ████ |
| 89.32 | ANDREW WOLF | ████████ - | ██████████ | ████ |



 **QuickHire** Evaluate the people, not the paper.

# Staging Area Applicant Listing
## General Services Administration
## 1811 Criminal Investigator

Vacancy Number: 04C023512MP
Staging Area: SA-GSA-0001, Created: 4/10/04 12:36:21 AM
Ranking: No Veteran's preference applied



87.26 RICHARD GARCIA

86.85 EDWARD GANNON,

83.15 COLEMAN KNOX

79.45 REGINALD HARRIS

S/O* JEFFREY MILLER

* Applicant has been screened out

---



*correction*

GSA MERIT PROMOTION REFERRAL

Certificate No: 040023512MP-2;                    Date of Certificate: 5/24/04

Position Title, Series, & Grade: Criminal Investigator, GS, 1811A, 13

Office: DHS                    Location: Washington DC Metro Area, DC

In accordance with GSA's Merit Promotion Plan, the candidates referred have been
determined best qualified of those that have applied for the above position.
Information related to their qualifications is attached. You should consider GSA's
affirmative action goals when filling this vacancy. If you make no selection,
indicate to the Human Resources Specialist what further action you desire.

GRADE: 13



Page 1



GSA MERIT PROMOTION REFERRAL

FIORA, CHRISTOPHER                              SSN: ████████

WRIGHT, ANDERSON                                SSN: ████████

BOEHME, PAUL                                    SSN: ████████

Selecting Official's Signature: _____    Date: _____
Reviewing Official's Signature: _____    Date: _____
Proposed Effective Date: _____

Certificate Expires On: 8/18/04

Page 2


