## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHERYL DAVIS, | ) |
| **Plaintiff** | ) |
| v. | )     Civil Action No. 05-1423 (HHK) |
| MICHAEL CHERTOFF, SECRETARY<br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, | ) |
| **Defendant** | ) |

## SUPPLEMENTAL DECLARATION OF RONALD BLOCKER

Allison Poore was not promoted from the GS-11 to the GS-12 level due to her excessive absenteeism.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on _1/5/2007_

RONALD A. BLOCKER

1