IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, ) | |
|     Plaintiff ) | |
| v. ) | Civil Action No. 05-1423 (HHK) |
| MICHAEL CHERTOFF, SECRETARY ) UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, ) | |
|     Defendant ) | |

## ERRATA

Defendant's Reply to Plaintiff's Surreply included an Exhibit 13.[1] Certain documents, however, were inadvertently excluded from that exhibit. Defendant now files an amended and complete Exhibit 13.

Counsel regrets the inconvenience to the Court and to Plaintiff for this inadvertence.

    Respectfully submitted,

    /s/
    JEFFREY A. TAYLOR, D.C. Bar # 498610
    United States Attorney

    /s/
    RUDOLPH CONTRERAS, D.C. Bar # 434122
    Assistant United States Attorney

    /s/
    WYNEVA JOHNSON, D.C. Bar # 278515
    Assistant United States Attorney

---

[1] Exhibit 13 was also filed as an attachment to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment. See Docket Entry No. 24.