## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
--------------------------------------------------
CHERYL DAVIS                            )
4507 Dallas Place,                      )
Temple Hills, #202,                     )
MD 20748                                )
          Plaintiff,                    )
                                        )
     v.                                 )   Civil Action No. 05-1423 (HHK)
                                        )
MICHAEL CHERTOFF, SECRETARY             )
U.S. DEPT. OF HOMELAND SECURITY         )   April 3, 2007
Washington, DC 20528-5072               )
                                        )
          Defendant                     )
--------------------------------------------------
```

### PLAINTIFF'S NOTICE TO THE COURT OF RECENT COURT OF APPEALS DECISION

The plaintiff in the above matter, Cheryl Davis, hereby directs the Court's attention to a recent case decided by the District of Columbia Court of Appeals, Czekalski v. Peters, __F.3d__, No. 05-221 (D.C., Cir. 2007)(copy attached). Czekalski decided issues that are similar to those presented to the Court in this case by the defendant's motion dismiss and/or for summary judgment and the plaintiff's opposition. However, neither party was able to cite the case in their memoranda of law because the case was not decided until February 2, 2007. The plaintiff may refer to the case in her argument to the Court on April 4, 2007 as to why the Court should deny the defendant's the motions.

2

Respectfully Submitted,
The Plaintiff, Cheryl Davis


By   /s/Jonathan L. Gould_____
Jonathan L. Gould
DC Bar #491052
Email jgould@igc.org
James L. Kestell
D.C. Bar # 955310
Bianca Karim
DC Bar #497834
Kestell and Associates
1012 14th Street, NW, Suite 630
Washington, DC 20005
Tel. 202-347-0990
Fax 202-347-4482

Attorneys for the Plaintiff

2