UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF,<br><br>    Defendant. | Civil Action 05-01423 (HHK) |

**ORDER DENYING SUMMARY JUDGMENT**

  Plaintiff Cheryl Davis brings this action against her employer, the U.S. Department of Homeland Security, pursuant to Title VII, 42 U.S.C. §§ 2000e *et. seq.*, alleging retaliation for filing a discrimination complaint. Before the court is defendant's motion to dismiss or, in the alternative, for summary judgment [#24 & #29]. Upon consideration of the motion, the opposition thereto, the record of this case, and the argument of counsel at a hearing on the motion, the court concludes that defendant's motion must be denied.

  Accordingly, on this 6th day of April 2007, it is hereby

  **ORDERED** that defendant's motion to dismiss or, in the alternative, for summary judgment [#24 & #29] is **DENIED**; and it is further

  **ORDERED** that plaintiff's motion for extension of time [#31] and amended motion for extension of time [#33] are **DENIED** as moot.

                    Henry H. Kennedy, Jr.
                    United States District Judge