**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| CHERYL DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1423 (HHK) |
| | ) |
| MICHAEL CHERTOFF, SECRETARY, | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) September 17, 2007 |

**PLAINTIFF'S UNOPPOSED MOTION**
**REQUESTING AN EXTENSION OF TIME TO**
**FILE JOINT PRETRIAL STATEMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the plaintiff in the above matter, by her counsel, hereby requests an extension of time to the parties' joint pre-trial statement of 7 days or until September 24, 2007.  Plaintiff's counsel has discussed the filing of this motion with the defendant's counsel, assistant U.S. attorney, Wyneva Johnson. Defendant joins in requesting the Court to grant this motion.

The grounds for the motion are that the parties are in settlement discussions that are progressing and are close to settling this case. In addition, in the event the parties do not resolve this matter, even with the extension, the Court will have five days to review the pretrial statement before the final pretrial conference which is scheduled for September 28.

For the foregoing reasons, the plaintiff requests that the Court grant this motion for extension of time.

Respectfully submitted,
FOR PLAINTIFF,

_/s/Jonathan L. Gould _____
James L. Kestell D.C. Bar# 955310
Jonathan L. Gould D.C Bar # 491052
Kestell & Associates
1012 14th Street, NW, Suite 630
Washington, DC 20004
202 347-3889  202 347-4482
email jgould@igc.org