# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, SECRETARY, )<br>U.S. DEPARTMENT OF HOMELAND SECURITY, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1423 (HHK)<br><br><br><br><br><br><br><br>September 17, 2007 |

## ORDER

UPON CONSIDERATION OF plaintiff's Unopposed Motion Requesting an Extension of Time, for good cause shown, it is hereby

ORDERED that plaintiff's motion is GRANTED. It is

FURTHER ORDERED that the parties' joint pretrial statement may be filed on September 24, 2007.

_____
UNITED STATES DISTRICT JUDGE

cc: James L. Kestell
Jonathan Gould
Kestell & Associates
1012 14th Street,
N.W., Suite 630
Washington, D.C. 20005

Wyneva Johnson
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530