UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1423 (HHK) |
| ) | |
| MICHAEL CHERTOFF, SECRETARY, ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | September 27, 2007 |

**PLAINTIFF'S JOINT AND UNOPPOSED MOTION
REQUESTING AN EXTENSION OF TIME TO
FILE STIPULATION OF DISMISSAL AND SETTLEMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the plaintiff in the above matter, by her counsel, hereby requests an extension of time and stay of 7 days regarding all pretrial matters presently pending in this case for the purpose of filing a stipulation of dismissal. On September 24, 2007, the parties reached a verbal agreement to settle all matters in this case. The parties are reviewing the written submission to be filed with the Court regarding that settlement but need 7 more days to complete that review and to file the necessary stipulations with the Court. Plaintiff's counsel has discussed the filing of this motion with the defendant's counsel, Assistant U.S. attorney, Wyneva Johnson. Defendant joins in requesting the Court to grant this motion.

For the foregoing reasons, on behalf of both parties, the plaintiff requests that the Court grant this motion for extension of time.

                    Respectfully submitted,
                    FOR PLAINTIFF,

                    _/s/Jonathan L. Gould_____
                    James L. Kestell D.C. Bar# 955310
                    Jonathan L. Gould D.C Bar # 491052
                    Kestell & Associates
                    1012 14th Street, NW, Suite 630
                    Washington, DC 20004
                    202 347-3889  202 347-4482
                    email jgould@igc.org