UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CHERYL DAVIS,                       )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Civil Action No. 05-1423 (HHK)
                                    )
MICHAEL CHERTOFF, SECRETARY,        )
U.S. DEPARTMENT OF HOMELAND SECURITY, )
                                    )
            Defendant.              )
_____) September 27, 2007

ORDER

UPON CONSIDERATION OF plaintiff's Joint and Unopposed Motion Requesting an Extension of Time and Stay of 7 days, for good cause shown, it is hereby

ORDERED that plaintiff's motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

cc: James L. Kestell
Jonathan Gould
Kestell & Associates
1012 14th Street,
N.W., Suite 630
Washington, D.C. 20005

Wyneva Johnson
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530