IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL DAVIS,<br><br>    Plaintiff<br><br>    v.<br><br>MICHAEL CHERTOFF, SECRETARY<br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>    Defendant | Civil Action No. 05-1423 (HHK) |

**STIPULATION OF SETTLEMENT
AND ORDER OF DISMISSAL**

The parties do hereby stipulate and agree, to settle and compromise the above-entitled action under the terms and conditions set forth herein.

1. This Stipulation of Settlement shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Complaint filed in this action, in EEOC Case No. 570-2007-00510x, Agency No. HS-06-001344 and any other claims related to Ms. Davis' employment which are currently pending against the United States Department of Homeland Security in any forum or which could have been raised up to the date of this Stipulation of Settlement and all claims for costs and attorney's fees arising therefrom.

2. Ms. Davis will receive a lump sum payment of $12,000.00. Ms. Davis understands that she will be fully responsible for paying any state or federal taxes owed on any monies paid under this Stipulation of Settlement.

3. By this Stipulation of Settlement, Ms. Davis waives, releases, and

abandons any and all claims against the United States Department of Homeland Security, its officers, agents or employees, whether past or present, alleged, or which could have been alleged, by Ms. Davis as a result of her employment with the United States Department of Homeland Security.

    4.   Ms. Davis will receive eighty (80) hours of restored sick leave.

    5.   Ms. Davis' status as Absent Without Leave for the period June 15 - 22, 2006 will be changed to Leave Without Pay.

    6   The Letters of Reprimand issued to Ms. Davis on December 7, 2006 and March 16, 2007 shall be removed from Ms. Davis' Official Personnel Folder and Adverse Action File maintained by the United States Department of Homeland Security, Immigration and Customs's Employee and Labor Relations Office.

    7.   A lump sum payment of $20,000.00 shall be made payable to James Kestell for attorney's fees and costs.

    8.   This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the United States, the United States Department of Homeland Security, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

    9.   This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

    10.   The parties and their representatives acknowledge that they fully understand and voluntarily agree to the terms of the Stipulation of Settlement.

    11.   The parties agree that this Stipulation of Settlement will not be used as evidence or

otherwise in any pending or future civil or administrative action against the United States government, except in an action alleging breach of this Stipulation of Settlement.

12. Payment shall be made as promptly as practicable consistent with the normal processing procedures followed by the United States Department of Justice and the United States Department of the Treasury. Defendant's counsel shall promptly prepare and submit all required documentation to the Department of the Treasury for processing of the payments, and plaintiff's counsel shall cooperate with defendant's counsel to insure that such documentation is complete and accurate.

13.. Payment of the amount of $12,000.00 will be made by electronic transfer drawn on the Treasury of the United States for and made payable to Ms. Davis.

14. Payment of the amount of $20,000.00 will be made by electronic transfer drawn on the Treasury of the United States and made payable to Mr. Kestell.

15. This action is dismissed with prejudice, except that the Court shall have jurisdiction to reinstate this action on motion of any party to resolve a claim of noncompliance with the terms of this Stipulation of Settlement.

Executed this _____ day of October 2007.

                                                Respectfully submitted,

_____      _____
JAMES KESTELL, ESQ.                        JEFFREY TAYLOR, D.C. Bar #498610
Attorney for Plaintiff                           United States Attorney


_____      _____
CHERYL DAVIS                                  RUDOLPH CONTRERAS, D.C. Bar #434122
Plaintiff                                              Assistant United States Attorney


                                           _____
                                           WYNEVA JOHNSON, D.C. Bar #278515
                                           Assistant United States Attorney

SO ORDERED, on this _____ day of _____, 2007.


                                         _____
                                         UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was mailed, postage prepaid:

on this _____ day of July, 2007.


James Kestell, Esq.
KESTELL & ASSOCIATES
209 Midvale Street
Falls Church, VA 20246


_____
WYNEVA JOHNSON, DC Bar # 278515
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224