## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHERYL DAVIS**<br><br>　　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**MICHAEL CHERTOFF**<br>*Secretary, U.S. Department of Homeland Security*<br><br>　　　　　　**Defendant.** | Civil Action 05-01423 (HHK) |

## ORDER OF DISMISSAL

The parties have filed a stipulation of settlement [#48] dismissing the above referenced action with prejudice. Accordingly, it is

　　**ORDERED** that this action is **DISMISSED** with prejudice..

　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　　　Dated: 10/31/07